MINUTE ENTRY  Bench Trial: Motions in Limine: - Attorney Charles Rotbard appeared on behalf of the plaintiffs. John S. Pangelinan and Merced B. Pangelinan appeared on their own behalf. John S. Pangelinan motion to have the subpoena that was issued on he and wife quashed due to the fact that the documents that are being requested are in Washington state. Further, he brought up matters of motions in limine. Charles Rotbard, argued against quashing the subpoenas and further argued that the matters that were brought as motions in limine were not proper motions. Attorney Rotbard moved to enter default against Papa's Limited, Inc. as they are not here to represent themselves. John S. Pangelinan argued against these motions. Court ruled that the motion to quash subpoena was denied. Motins in limine were denied. Court ordered that Papa's Limited, Inc. be found in default. Attorney Rotbart introduced two binders that were submitted  by the defendant John S. Pangelinan. Court requested the Clerk to have the contents of the binders copies so that the defense and plaintiff could have a set of the exhibits. Attorney Rotbart continued DX of witness Merced Pangelinan. Attorney Rotbart Moved
that Exhibit D-14 into evidence. There being no objection, Court so ordered. Plaintiff moved to enter Exhibit P-13 into evidence. There being no objection, Court so ordered. Plaintiff moved to enter Exhibit P-14 into evidence. There being no obkection, Court so ordered. Plaintiff moved to enter Exhibit P-13  into evidence. There being no objection, Court so ordered. Attorney Rotbart mvoed to enter into evidence Exhibit P-5, P-6, P-7, P-8, P-9 there being no objection, Court so ordered. Plaintiff moved to enter into evidence Exhibit P-45 "J-2", there being no objection, Court so ordered. Court recessed for the evening at 4:35 p.m.;   [LV EOD 09/21/2001]