MINUTE ENTRY  Bench Trial - Day 2: Motions in Limine: - Attorney Charles Rotbart appeared on behalf of the plaintiffs. John S. Pangelinan and Merced B. Pangelinan appeared on their own behalf.  Merced Pangelinan returned to the witness stand and Attorney Rotbart continued DX. Reference to Exhibit P-23 - Lease agreement between John Pangelinan/Merced Pangelinan and Tropic Isles Cable T.V. Corporation. Attorney Rotbart moved to enter Exhibit P-23 into evidence. There being no objection, Court so Ordered. Reference to Exhibit P-13; P-17 (Letters to Attorney Halsell dated 1994) Reference to Exhibit p-14; (Letter from Attorney Halsell Dated 1-19-94). Reference to Exhibit P-16 (Letter from Attorney Fennell); Exhibits 55, 56, 57, 58 (Promissory Certificates) were marked and Moved into evidence. Court so ordered. Court recessed for lunch at 12:00 noon and reconvened at 1:55 p.m. Attorney Rotbart continued with DX of Merced Pangelinan. Reference to Exhibit P-17. at 2:15 p.m. John Pangelinan began CX of witness Merced Pangelinan. John S. Pangelinan moved that Exhibit P-45 be entered into evidence. Court so ordered. Court recessed for afternoon break at 3:10 p.m. and reconvened at 3:25 p.m. Attorney Rotbart and Defendants stated that they would stipulate to the admission of all exhibits (Plaitiffs' and Defendants') into evidence. Court so ordered. John S. Pangelinan continued with CX of witness. Attorney Rotbart called witness: Angelito Trinidad (former employee of Papa's Ltd., Inc.) DX.CX. Court recessed at 4:55 p.m. and parties were ordered to return at 10:00 a.m. Adjourned at 4:55 p.m.;   [LV EOD 09/21/2001]