```
MINUTE ENTRY            9:25 a.m.


 ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Robert Torres, Attorney for Plaintiff
   John Pangelinan, Pro Se

PROCEEDINGS: DEFENDANT'S MOTION TO COMPEL ACCOUNTING and
   PLAINTIFF'S MOTION FOR SANCTIONS

 Plaintiffs were represented in court by Attorney Robert Torres. John Pangelinan was
present Pro Se.

 John Pangelinan argued his motion to compel accounting.  Attorney Torres argued.

 Attorney Torres argued his motion for sanctions and offered Exhibit P-1 and P-2.
Court admitted Exhibits into evidence.  John Pangelinan argued.

 Court, after hearing all testimony, DENIED the Defendant's motion to Compel and
GRANTED the Plaintiff's motion for Sanctions.  Court stated that the matter of the
amount of Sanctions would be taken under advisement and that the Court would issue a
written order.

        Adjourned 9:40 a.m.

;    [KLL EOD 01/08/2004]
```