MINUTE ENTRY          10:25 a.m.


ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al


PRESENT:  Hon. David A. Wiseman, Designated Judge
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Robert Torres, Attorney for Plaintiff
   John Pangelinan, Pro Se

   PROCEEDINGS: MOTION TO COMPEL ATTENDANCE AT DEPOSITIONS AND MOTION FOR SANCTIONS

Plaintiffs were represented in court by Attorney Robert Torres. John Pangelinan was present Pro Se.

Attorney Torres argued motion to compel attendance at a deposition.  Further, Merced Pangelinan is not present in Court this morning and she was given notice of this hearing.  Attorney Torres suggested that a Bench Warrant was in order.  Attorney Torres also argued that sanctions should be awarded.

John S. Pangelinan argued.

Attorney Torres argued that the documents were served to the Mr. & Mrs. John S. Pangelinan for attendance at a deposition.  Attorney Torres called witness:

RAINALDO AGULTO.  Process Server.  DX. CX.

Attorney Torres argued that there was proper service and moved that the defendant be ordered to compel.

Court, after hearing testimony, stated that the motion for sanctions would be taken under advisement. Court further ordered that Mr. John S. Pangelinan appear for deposition on March 27, 2004 at 9:00 a.m. at Judicial Services and that Mrs. John S. Pangelinan appear on the same date and at the same location at 1:30 p.m.

John S. Pangelinan moved the Court to entertain his motion and read a written prepared statement for the record.

Attorney Torres moved to strike the entire statement, that was read by John Pangelinan, from the record.  Court DENIED the motion read by John S. Pangelinan and struck the statement from the record.

Attorney Torres moved the Court to inform the defendant that he must receive service at his residence.  Court so ordered.

        Adjourned 10:55 a.m.


;   ;   [KLL EOD 03/25/2004]