MINUTE ENTRY        9:10 a.m.

ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:  Hon. David A. Wiseman, Designated Judge
   Gilbert Birnbrich, Law Clerk
   Faye Crozat, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Robert Torres, Attorney for Plaintiff

PROCEEDINGS: MOTION FOR TEMPORARY RESTRAINING ORDER AND PERMANENT INJUNCTION.

Plaintiffs were represented in court by Attorney Robert Torres.  Neither John Pangelinan or his wife were present.

Attorney Torres stated that the Pangelinan's were served the notice of today's hearing and submitted that proper notice has been given.  Attorney Torres stated that Mr. Pangelinan has filed a letter with the Court, on this date, that he will not appear at the hearing today and that he would not appear at any proceeding pertaining to this case.

Attorney Torres argued the motion for Temporary Restraining Order.  Attorney Torres moved the Court to receive Exhibits; Exhibit #1 (Ltr from Anthony Long, Esq.), Exhibit #2 (Letter to Robert Torres, Esq. from John Pangelinan dated April 6, 2004) , Exhibit #3 (Letter from Anthony Long, Esq. dated March 30, 2004.)  Court so received into evidence.

Attorney Torres called witness:

NORIYASU HORIGUCHI.  DX.

Attorney Torres moved for an immediate temporary restraining order and that the Pangelinan's be prohibited from harassing the employees of MSDC (including Mr. Yagi and Mr. Horiguchi) and that he be barred from coming within 200 yards of the premises.

Court, after hearing argument, took the matter under advisement.

Court further ordered that the enforcement of the sanctions order could be taken up on April 22, 2004 (Permanent Injunction Hearing and the Sanction Hearing).

       Adjourned 9:55 a.m.


;   [KLL EOD 04/09/2004]