MINUTE ENTRY          10:10 a.m.

ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT: Hon. David A. Wiseman, Designated Judge
   Gilbert Birnbrich, Law Clerk
   Faye Crozat, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Robert Torres, Attorney for Plaintiff

PROCEEDINGS: MOTION FOR PERMANENT INJUNCTION.

Plaintiffs were represented in court by Attorney Robert Torres. Neither John Pangelinan or his wife were present.

Attorney Torres argued for a permanent injunction. Attorney Torres offered Exhibits #1 and #2 to the Court (proof of service); Court so noted. Attorney Torres offered Exhibit #3 (complaint report of DPS); Court so noted. Attorneys offered Exhibit #4 (complaint report of DPS); Court so noted. Attorney Torres offered Exhibit #5 (Letter from John Pangelinan to Horiguchi dated April 13, 2004); Court so noted. Attorney Torres offered Exhibit #6 (Letter to Horiguchi from John Pangelinan dated April 14, 2004). Attorney Torres offered Exhibit #7 (Letter to Horiguchi from John Pangelinan dated April 16, 2004); Court so noted. Attorney Torres offered Exhibit #8 (Declaration from the Cook at BRA's RESTAURANT); Court so noted. Attorney Torres offered Exhibit #9 (Declaration from Noriyasu Horiguchi) ; Court so noted. Attorney Torres offered Exhibit #10 (Letter to Judge Wiseman); Court so noted. Attorney Torres offered Exhibit #11 (Report from GTS Security); Court so noted. Attorney Torres offered Exhibit #12 (Memo from John Pangelinan dated April 21st); Court so noted. Attorneys Torres offered Exhibit #13 (Letter from John Pangelinan dated April 22nd); Court so noted. Court admitted these exhibits as evidence.

Attorney Torres called witness:

NOBUYOSHI OMI. (Cook at BRAS RESTAURANT).

Noriyasu Horiguchi was sworn as interpreter/translator of the Japanese language. DX. (Declaration of Nobuyoshi Omi).

Attorney Torres called witness:

NORIYASU HORIGUCHI. DX.

Attorney Torres called witness:

ESPERANZA DAVID. DX.

Attorney Torres called witness:

TOLOMEO GOMEZ. (Security Guard - GTS)s DX.

Attorney Torres argued and moved for an immediate permanent injunction.

Court noted that the defendants were served a summons and were not present at this hearing.

Court, after hearing argument, ordered a permanent injunction on John S. Pangelinan and Merced Pangelinan.  Further Court ordered an Order to Show Cause and set the hearing for April 29, 2004 at 10:00 a.m.

Adjourned 11:10 a.m.

;    [KLL EOD 04/22/2004]