MINUTE ENTRY    ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:  Hon. David A. Wiseman, Designated Judge
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Robert Torres, Attorney for Plaintiffs
   John Pangelinan, Pro Se


 PROCEEDINGS: HEARING ON ORDER TO SHOW CAUSE

 Attorney Robert Torres was present representing the Plaintiffs.  John Pangelinan was present, Pro Se.

 Court inquired of Mr. Pangelinan as to why he didn't show up for the deposition.  He said he had no reason.  Court informed the defendant that he was in contempt and he would be remanded into the custody of the U.S. Marshal.

 John S. Pangelinan argued that the Court had no jurisdiction.

 Court ordered that the defendant would be taken into custody at the end of the proceedings.

 Attorney Torres, after being sworn, reported to the Court the facts leading up to the failure of the defendant being present at the deposition.

 Court ordered the defendant had been found in contempt and further ordered that the defendant be taken into custody after this hearing.

        Adjourned 10:20 a.m.


;   [MGM EOD 05/26/2004]