MINUTE ENTRY          11:00  a.m.

ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:  Hon. David A. Wiseman, Designated Judge
   Gilbert Birnbrich, Law Clerk
   Faye Crozat, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Robert Torres, Attorney for Plaintiffs
   John Pangelinan, Pro Se

PROCEEDINGS: STATUS HEARING

Attorney Robert Torres was present representing the Plaintiffs.  John Pangelinan was present, Pro Se.

Court stated that there would be continuing status hearing on this case to determine at which time that Mr. Pangelinan is willing to cooperate and testify at the required deposition.

John S. Pangelinan stated that he had a pending case at the Ninth Circuit and would not cooperate because he would be making a mockery of the Court.

Court reiterated to Mr. Pangelinan that the choice was his whether he wanted to cooperate or continue to be held in custody.

John S. Pangelinan requested to be held under house arrest.  Court denied the request and ordered that Mr. Pangelinan be taken back into custody.

        Adjourned 11:15 a.m.


;   [KLL EOD 11/22/2004]