MINUTE ENTRY          10:40 a.m.

ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:  Hon. David A. Wiseman, Designated Judge
   Gilbert Birnbrich, Law Clerk
   Faye Crozat, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Robert Torres, Attorney for Plaintiffs
   John Pangelinan, Pro Se

PROCEEDINGS: STATUS HEARING

Attorney Robert Torres was present representing the Plaintiffs.  John Pangelinan was present, Pro Se.

Court inquired why Mrs. Pangelinan was not present in Court.  Attorney Torres stated that he did not believe that Mrs. Pangelinan was served.

Court reviewed the case and inquired of Mr. Pangelinan if he was ready to purge himself of contempt and cooperate with the deposition proceedings.

John S. Pangelinan stated that he was not ready to purge himself.

Attorney Torres reported to the Court that defendant's real property resources are being reviewed as to what can be auctioned.

Court ordered that Mrs. Pangelinan be served with an Order to Appear for a hearing in this matter on Wednesday, December 29, 2004 at 10:30 a.m.

Defendant was remanded back into the custody of the U.S. Marshals to be taken back to the retention facility.

        Adjourned 10:50 a.m.


;    [KLL EOD 12/22/2004]