MINUTE ENTRY          10:45 a.m.

ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:  Hon. David A. Wiseman, Designated Judge
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Robert Torres, Attorney for Plaintiffs
   John Pangelinan, Pro Se
   Mercedes Pangelinan, Pro Se

PROCEEDINGS: STATUS HEARING

Attorney Robert Torres was present representing the Plaintiffs. John Pangelinan and Mercedes Pangelinan were present, Pro Se.

Court reviewed the case and inquired of Mr. Pangelinan if he was ready to purge himself of contempt and cooperate with the deposition proceedings. Defendant John Pangelinan stated that he did not wish to cooperate.

Mercedes Pangelinan was examined as to her knowledge as to why her husband was incarcerated.

John Pangelinan requested liberty to be able to have access to a computer so that he could type a brief to the Ninth Circuit. Attorney Torres was in opposition to his request. Court stated that the request would be taken under advisement.

Defendant was remanded back into the custody of the U.S. Marshals to be taken back to the retention facility.

        Adjourned 11:00 a.m.


;   [KLL EOD 12/29/2004]