```
MINUTE ENTRY   MINUTES OF THE UNITED STATES DISTRICT COURT
 FOR THE NORTHERN MARIANA ISLANDS

***************************************************************************
CV-97-0073        May 23, 2005
                            10:00 a.m.

 ANGELITO TRINIDAD, et al. -vs- JOHN PANGELINAN, et al.

PRESENT:  Hon. David A. Wiseman, Designated Judge
    Gilbert Birnbrich, Law Clerk
    Sanae Shmull, Court Reporter
    Tina T. Pangelinan, Deputy Clerk
    Robert Torres, Attorney for Plaintiffs
    John Pangelinan, Defendant
    Mercedes Pangelinan, Defendant

  PROCEEDINGS: STATUS CONFERENCE
```

 Attorney Robert Torres appeared on behalf of the Plaintiffs.  Defendants John Pangelinan and Mercedes Pangelinan appeared Pro Se.

 Attorney Robert Torres briefed the court on the developments of the anticipated writs of execution on certain properties including Lot EA 222 and the defendant's continuing uncooperativeness with deposition proceedings.  Plaintiffs have obtained the services of Ms. Bertha Leon Guerrero in researching defendant's properties.

 Court reviewed the case and inquired of Mr. Pangelinan if he was ready to purge himself of contempt and cooperate with the deposition proceedings.  Defendant John Pangelinan stated that he did not wish to cooperate and would rather remain in jail before volunteering any information.

 Mr. Pangelinan stated that he did not receive a copy of the recent ninth circuit decision.  Court ordered the clerk to provide defendant with a copy.  Mr. Pangelinan requested he be detained in a civil defendant facility and not with criminal defendants.  Court advised defendant that there was no such facility available.

 Defendant was remanded back into the custody of the U.S. Marshals to be taken back to the detention facility.

        Adjourned 10:30 a.m.


        Tina T. Pangelinan, Deputy Clerk;    [TTP EOD 05/23/2005]