FILED
Clerk
District Court

NOV 23 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., ) | Civil Action No. 97-0073 |
| ) | |
| Plaintiffs ) | |
| ) | ORDER TO TRANSPORT |
| v. ) | DEFENDANT FOR HEARING |
| ) | |
| JOHN S. PANGELINAN and, ) | |
| MERCED B. PANGELINAN, ) | |
| ) | |
| Defendants ) | |

IT IS HEREBY ORDERED that the U.S. Marshal shall transport defendant John S. Pangelinan from the Territory of Guam to the island of Saipan so as to have him available for a hearing on Thursday, December 1, 2005, at 11:00 a.m. Counsel for plaintiffs shall also appear.

DATED this 23rd day of November, 2005.

_____
DAVID A. WISEMAN
Judge

AD 72
(Rev. 8/82)