FILED
Clerk
District Court

DEC -1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-97-0073                                        December 1, 2005
                                                  11:10 a.m.

### ANGELITO TRINIDAD, et al. -vs- JOHN PANGELINAN, et al.

PRESENT:        Hon. David A. Wiseman, Designated Judge
                Ellia Ciammanchella, Law Clerk
                William Downer, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Robert Torres, Attorney for Plaintiffs
                John Pangelinan, Defendant

PROCEEDINGS:    STATUS CONFERENCE

Attorney Robert Torres appeared on behalf of the Plaintiffs. Defendant John Pangelinan appeared Pro Se.

Attorney Robert Torres briefed the court on the developments of the case, further stating that the defendant has not indicated any cooperation. Attorney Torres stated that a writ of execution on the defendant's Papago property would be the best way to pursue a satisfaction of the Judgment.

Attorney Torres stated that if John Pangelinan was released from imprisonment today that he comply with all of the previous orders of the Court.

Court, after hearing testimony, ordered the defendant released from incarceration.

Adjourned 11:25 a.m.

K. Lynn Lemieux, Courtroom Deputy