Case 1:97-cv-00073  Document 461  Filed 12/01/2005  Page 1 of 2

FILED
Clerk
District Court

DEC -1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN S. PANGELINAN, et al.,<br><br>Defendant. | Case No. CV-97-0073-DAW<br><br>**ORDER TO RELEASE** |

**THIS MATTER** came before the court on Thursday, December 1, 2005, for a status hearing to determine whether defendant should be released from incarceration for civil contempt. Plaintiffs appeared by and through their attorney, Robert T. Torres; defendant appeared pro se.

On April 30, 2004, the court made an order finding defendant in civil contempt of court. Order Finding Defendant John S. Pangelinan in Contempt of Court, No. 428 (Apr. 30, 2004). At today's hearing, Mr. Torres notified the court that he has reason to believe that at the present time plaintiffs have now obtained sufficient information from alternative sources to obtain the deficiency judgment.

Accordingly, based upon Mr. Torres' representation that further discovery cooperation of defendant is unnecessary at this time,

**THE COURT ORDERS** that defendant be released from custody for civil contempt. However, should the need arise, plaintiffs may further depose or otherwise receive information from defendant through appropriate procedures.

//

During the hearing, the court reminded defendant that the permanent injunction issued on April 23, 2004, is still in effect. For his reference, the court has provided him a copy of the Order Granting Motion for Permanent Injunction, No. 423 (Apr. 23, 2004).

DATED this ___1___ day of December, 2005.

_____
DAVID A. WISEMAN
Designated Judge

2