FILED
Clerk
District Court

DEC 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, <br><br> Plaintiffs, <br><br><br> JOHN S. PANGELINAN, et al., <br><br> Defendants. | CIVIL ACTION NO. 97-0073 <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

**NOTICE IS HEREBY GIVEN THAT LILLIAN A. TENORIO, ESQ.,**

hereby enters her appearance on behalf of Plaintiffs Angelito Trinidad, Esperanza

David, Ronnie Palermino, and Tony Alovera in substitution for counsel

**ROBERT T. TORRES, ESQ.**

Please serve and deliver all notices, pleadings, and other documents concerning this matter directly to and on counsel at the following address:

LILLIAN ADA TENORIO
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
Saipan, MP 96950

Telephone no.: 670-234-7850; Fax no.: 670-234-7855

## WITHDRAWAL OF COUNSEL

**ROBERT T. TORRES, ESQ.**, hereby withdraws as counsel for Plaintiffs in this civil action and consents to this substitution by **LILLIAN A. TENORIO, ESQ.**, in his place and stead.

Dated this 29th day of December, 2005.

_____
Robert T. Torres

## ACCEPTANCE OF REPRESENTATION

**LILLIAN A. TENORIO, ESQ.**, hereby consents to and accepts the representation of the Plaintiffs in this civil action.

_____
Lillian A. Tenorio