**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

FILED
Clerk
District Court

DEC 30 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION NO. 97-0073 |
| Plaintiffs, | |
| vs. | **NOTICE OF MOTION** |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 26th day of January, 2006 at 9 a.m., Plaintiffs shall move this court to issue a writ of execution for the balance of the judgment received in their favor on March 20, 2000, in the above-captioned matter and for unpaid sanctions and accrued interest to date.

- 2 -

This Motion is based on the Memorandum of Points and Authorities filed contemporaneously herewith; the Exhibits filed concurrently with this Motion, the court's file in this case, and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 31st day of December, 2005.

_____
LILLIAN ADA TENORIO, ESQ.
Attorney for plaintiffs Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera