FILED
Clerk
District Court

JAN - 5 2006

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,                               C.A. NO.97-0073

   PLAINTIFF,

-v-

JOHN S. PANGELINAN, et al.,
                 DEFENDANT,

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __5th__ day of __January__, 2005 at __12:05 p.m.__, I personally served upon __PAPA'S LTD, INC.,__ a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) __NOTICE OF SUBSTITUTION OF COUNCEL/NOTICE OF MOTION/ NOTICE FOR WRIT OF EXECUTION AND SALE__ in the above-captioned matter.
__OF REAL PROPERTY__

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[X] By delivering it to __MERCED B. PANGELINAN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 20.00__.

Dated, this __5th__ day of __January__, 2005.

_Rainaldo S. Agulto_ (signature)
Rainaldo S. Agulto

Hearing date: __1/26/06__