FILED
Clerk
District Court

JAN 1 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., ) | Civil Action No. 97-0073 |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | NOTICE OF CHANGE |
| ) | IN HEARING TIME |
| JOHN S. PANGELINAN and, ) | |
| MERCED B. PANGELINAN, ) | |
| ) | |
| Defendants ) | |

PLEASE TAKE NOTICE that the hearing set for Thursday, January 26, 2006, at 9:00 **will instead start at 10:30 a.m.**

DATED this 10th day of January, 2006.

Clerk of Court

By: _____
MICHELLE C. MACARANAS

AO 72
(Rev. 8/82)