F I L E D
Clerk
District Court

JAN 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANGELITO TRINIDAD, et al., | ) | CIVIL CASE NO. 97-0073 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| | ) | |
| JOHN S. PANGELINAN and | ) | |
| MERCED B. PANGELINAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this _11th_ day of _January_, 2005.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| | | | | |
|---|---|---|---|---|
| Angelito Trinidad, et al vs. John S. Pangelinan, et al | | | | **District Court** Northern Mariana Islands, Saipan, MP 96950 |
| Plaintiff's Attorney<br>Charles P. Rotbart | | John S. Pangelinan, Pro Se<br>Merced B. Pangelinan, Pro Se | | **Docket Number** CV-97-0073<br>Trial Date(s) November 29, 1999 to December 3, 1999 |
| **Presiding Judge**<br>Honorable Alex R. Munson | | **Court Reporter**<br>Sanae Shmull | | **Courtroom Deputy**<br>K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11-29-99 | 11-29-99 | 11-29-99 | D-1 Minutes of First Shareholders' Meeting |
| 2 | | 11-29-99 | 11-99-99 | 11-29-99 | D-8 Minutes of First Board of Directors Meeting |
| 3 | | 11-29-99 | 11-29-99 | 11-29-99 | D-14 Waiver of Notice of Special Meeting of the Board of Directors of Papa's Ltd. |
| 4 | | 11-29-99 | 11-29-99 | 11-29-99 | P-13 Real Property Mortgage |
| 5 | | 11-29-99 | 11-29-99 | 11-29-99 | P-14 Letter to the Pangelinan's from Eason & Halsell |
| 6 | | 11-29-99 | 11-29-99 | 11-29-99 | P-5 Certification of money owed to Antonio Alovera |
| 7 | | 11-29-99 | 11-29-99 | 11-29-99 | P-6 Certification of money owed Esperanza David |
| 8 | | 11-29-99 | 11-29-99 | 11-29-99 | P-7 Certification of money owed Ronnie Palermo |
| 9 | | 11-29-99 | 11-29-99 | 11-29-99 | P-8 Certification of money owed Herman Tejada |
| 10 | | 11-29-99 | 11-29-99 | 11-29-99 | P-9 Certification of money owed Angelito Trinidad |
| 11 | | 11-29-99 | 11-29-99 | 11-29-99 | P-45"J-2" - Certification of money owed Tony Peters |
| 12 | | 11-30-99 | 11-30-99 | 11-30-99 | P-23 Lease Agreement with Saipan Cable T.V. |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-55 Certification of money owed to Artemio Ricafrente |
| 14 | | 11-30-99 | 11-30-99 | 11-30-99 | P-56 Certification of money owed to Constancia C. Ayuson |
| 15 | | 11-30-99 | 11-30-99 | 11-30-99 | P-57 Certification of money owed to Doinicio Fabula |
| 16 | | 11-30-99 | 11-30-99 | 11-30-99 | P-58 Certification of Victorino Zamora |
| W1 | | 11-30-99 | 11-30-99 | 11-30-99 | MERCED B. PANGELINAN |
| W2 | | 11-30-99 | 11-30-99 | 11-30-99 | ANGELITO TRINIDAD |
| | 1 | 11-30-99 | 11-30-99 | 11-30-99 | P-45 Objection to Pltf's Mo for Partial Summary Judgment |
| | | 11-30-99 | 11-30-99 | 11-30-99 | At 3:25 p.m. all parties agreed to stipulate that all filed exhibits (Plaintiffs and Defendants) be entered into evidence. |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-2 Appointment of Tony Peters as Acting PResident |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-3 Notice of Second Special Meeting of Papa's Ltd Stockholders |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-4 Certification of Delivery of Corporate Notices to M. Lewis |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-5 Resumption of John S. Pangelinan of the Presidency |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-6 Minutes of the Second Special Meeting of the Shareholders of Papa's Ltd. |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-7 Agenda Board of Directors |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-9 Budget |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-10 Organizational Chart |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-11 Notice of Second Special Meeting of Pap's Ltd. Boardmembers |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-12 Protest Letters of Mitchal E. Lewis |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-13 Minutes of Second Special Meeting of the Board of Directors |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-15 Minutes of the Third Special Meeting of the Board of Directors of Papa's Ltd. |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-16 Complaint - Labor Case No. 95-0337 |
| | | 11-30-99 | 11-30-99 | 11-30-99 | D-17 Administrative Order |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-1 Articles of Incorporation of PApa's Ltd. |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-2 Certificate of Incorporation of Pap's Ltd. |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-3 Initial Corporation Report |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-4 1992 Annual Corporation Report |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-10 Lease Agreement of REal Property between Pap's Ltd and Bernard Guerrero |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-11 Promissory Note of Bernard S. Guerrero |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-12 Memorandum of Understanding between B. Guerrero and John S. Pangelinan |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-15 Letter to Patricial Halsell from John S. Pangelinan |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-16 Letter to Randall Fennell from Patricia Halsell |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-17 Letter to Patricia Halsell from John S. Pangelinan |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-18 Real Property Mortgage |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-19 Letter to Papa's LTd from Registrar of Corporations |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-20 Letter to Papa's Ltd. and John S. Pangelinan re payment deliquency on rental/utilities |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-21 Letter to Bernard S. Guerrero from John S. Pangelinan |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-22 Letter to Bernard S. Guerrero from John S. Pangelinan |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-24 Letter to Bernard S. Guerrero from Marji Ann B. Pangelinan |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-25 Assignment of Mortgage and Promissory Note |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-26 Complaint (Civil Action 96-1361) |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-27 Notice of Administrative Dissolution of Papa's Ltd. |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-28 Judgment of John S. Pangelinan v. Bernard Guerrero, et al CV-96-1361 |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-29 Order (to sell the property) on John S. Pangelinan |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-30 Motion for Approval and Confirmation of Public Sale on John S. Pangelinan v. Bernard Guerrero, et al CV-96-1361 |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-31 Order Approving and Confirming Public Sale on John S. Pangelinan v. Bernard Guerrero |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-32 Motion for Joinder and Dismissal |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-33 Opposition to Defendants' Motion to Dismiss or for Joinder of Indispensable Parties |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-34 Assignment of Lease Agreement between Marianas Cablevision, Inc. and Marianas Seaside Dev. Corp. |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-35 Consent to Assignment of and Amendments to LEase Agreement |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-36 Motion for Dismissal of Plaintiffs Second Amended Complaint |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-37 Motion for Dismissal of Pltf's Third Amended Complaint |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-38 Opposition to the Pangelinans' Motion to Dismiss |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-39 Supplemental Memorandum in Support of Defendants' Motion for Dismissal of Pltf's 3rd Amended Complaint |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-40 Motion for Dismissal of Plaintiffs' Fourth Amended Complaint |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-41 Opposition to the Pangelinans' Motion to Dismiss Fourth Amended Complaint |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-42 Supplemental Memorandum in Support of Defts' Mo for Dismissal of 4th Amended Cmplt |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-43 Motion to Dismiss w/Prejudice and/or for Judgment on the Pleadings and/or Summary Jdgmt |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-44 Motion for Partial Summary Jdugment |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-46 Opposition to the Pangelinans' Motion to Dismiss Fourth |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-47 Reply to Plaintiffs' Opposition to the Pangelinans' Motion to Dismiss 4th Amended Cmplt |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-48 Reply in Support of Motion for Partial Summary Judgment |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-49 Motion to Reconsider Motion to Dismiss with Prejudice and/or Judgment on the Pleadings and/or Summary Judgment |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-50 Opposition to the Pangelinans' Motion for Reconsideration |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-51 Reply to Pltfs' Opposition to Defendants' Motion to REconsider Motion to Dismiss w/Prejudice |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-52 Motion to Reconsider Order Denying in Part and Granting in Part Defendants' Mo to Dismiss |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-53 Opposition to the Pangelinans' Motion to Reconsider September 2, 1999 Order |
| | | 11-30-99 | 11-30-99 | 11-30-99 | P-54 Reply to Plaintiffs' Opposition to Defendants' Motion to Reconsider Order Denying in Part and Granting in Part Defts' Motion to Dismiss and/or Judgment on the Pleadings and/or Summary Judgment dated September 2, 1999 |
| W3 | | 12-01-99 | 12-01-99 | 12-01-99 | ANTONIO ALOVERA |
| W4 | | 12-01-99 | 12-01-99 | 12-01-99 | HERMAN TEJADA |
| W5 | | 12-01-99 | 12-01-99 | 12-01-99 | JOHN SABLAN PANGELINAN |
| 17 | | 12-02-99 | 12-02-99 | 12-02-99 | P-59 Letter dated Sept. 30, 1992 |
| 18 | | 12-02-99 | 12-02-99 | | P-60 Letter to Patricia Halsell from John S. Pangelinan |
| 19 | | 12-02-99 | 12-02-99 | | P-61 Letter to Patricia Halsell from John S. Pangelinan |
| 20 | | 12-02-99 | 12-02-99 | | P-62 Letter tp Patricia Halsell (facsimile copy) |