FILED
Clerk
District Court

JAN 12 2006

For The Northern Mariana Islands
By________________
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., Plaintiffs(s) -v- JOHN S. PANGELINAN and MERCED B. PANGELINAN, Defendant(s) | CIVIL ACTION No. 97-0073 |

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the 11th day of January, 2006 at 2:30 p.m., I personally served upon JOHN S. PANGELINAN, a true and correct copy of the:

[ ] Summons and Complaint

[ ] Order dated ________________.

[ X ] Other (specify) NOTICE OF CHANGE IN HEARING TIME/NOTICE OF SUBSTITUTION OF COUNSEL/NOTICE OF MOTION/MOTION FOR WRIT OF EXECUTION AND SALE OF REAL PROPERTY/DECLARATION OF BERTHA LEON GUERRERO/DECLARATION OF LILLIAN A. TENORIO in the above-captioned matter.

Service was made as follows:

[X ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with ________________ who is over the age of 18 and who also resides there.

[ ] By delivering it to ________________, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: AT DEFENDANTS RESIDENCE IN PAPAGO

The charge for service is: $ 20.00

Dated, this 11th day of January, 2006.

Rainaldo S. Agulto
Rainaldo S. Agulto

Hearing date: 1/26/06