F I L E D
Clerk
District Court

JAN 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,         :      CIVIL ACTION No. 97-0073
                Plaintiffs(s)      :
           -v-                     :
JOHN S. PANGELINAN and MERCED      :
B. PANGELINAN, Defendant(s)        :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __11th__ day of __January__, 2006 at __2:55 p.m.__, I personally served upon __CLIFFORD SAKAMOTO__, a true and correct copy of the:

[ ]  Summons and Complaint

[ ]  Order dated _____.

[X]  Other (specify) __NOTICE OF CHANGE IN HEARING TIME/NOTICE OF SUBSTITUTION OF COUNSEL/NOTICE OF MOTION/MOTION__ in the above-captioned matter.
FOR WRIT OF EXECUTION AND SALE OF REAL PROPERTY/DECLARATION OF BERTHA LEON GUERRERO/DECLARATION OF LILLIAN A. TENORIO

Service was made as follows:

[X]  By delivering it to the aforesaid person.

[ ]  By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[ ]  By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT HIS RESIDENCE IN DANDAN__

The charge for service is: __$ 20.00__

Dated, this __11th__ day of __January__, 2006.

_____
Rainaldo S. Agulto

Hearing date: __1/26/06__