F I L E D
Clerk
District Court

JAN 1 2 2006

For The Northern Mariana Islands
By_____
                    (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,          :        CIVIL ACTION   No. __97-0073__
_____             :        _____
            Plaintiffs(s)            :
           -v-                       :
JOHN S. PANGELINAN and MERCED :
B. PANGELINAN, Defendant(s)          :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years,
and not a party to this case; and that on the __11th__ day of __January__, 2006
at __3:50 p.m.__, I personally served upon __EMILIA L. SAURES__,
a true and correct copy of the:

[  ]  Summons and Complaint

[  ]  Order dated _____.

[ X ]  Other (specify) _NOTICE OF CHANGE IN HEARING TIME/NOTICE OF SUBSTITUTION_
       _OF COUNSEL/NOTICE OF MOTION/MOTION_ in the above-captioned matter.
       FOR WRIT OF EXECUTION AND SALE OF REAL PROPERTY/DECLARATION OF
       BERTHA LEON GUERRERO/DECLARATION OF LILLIAN A. TENORIO

Service was made as follows:

[ X ]  By delivering it to the aforesaid person.

[  ]  By delivering it at the aforesaid person's usual residence with _____
       who is over the age of 18 and who also resides there.

[  ]  By delivering it to _____, who is an officer or
       managing agent of the above-named individual or corporation.

The place where said service was made is: __AT HER RESIDENCE IN CHALAN LAULAU__

The charge for service is: __$ 20.00__

Dated, this __11th__ day of __January__, 2006.

_Rainaldo S. Agulto_
Rainaldo S. Agulto

Hearing date: __1/26/06__