**John S. Pangelinan**
**Merced B. Pangelinan**
P. O. Box 501721
Saipan, M.P. 96950

Tel. No. (670) 256-0526

F I L E D
Clerk
District Court

JAN 1 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
(CNMI)

| | |
|---|---|
| ANGELITO TRINIDAD, et al. ) | CIVIL ACTION NO. 97-0073 |
| ) | |
| Plaintiffs, ) | **DECLARATION OF JOHN S.** |
| ) | **PANGELINAN IN SUPPORT OF** |
| ) | **THE PANGELINANS' OBJECTION** |
| ) | **TO MOTION FOR WRIT OF** |
| ) | **EXECUTION** |
| JOHN S. PANGELINAN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

I, **JOHN S. PANGELINAN**, do hereby declare that I am now residing in, as my primary residence and my family's, and am living off of and deriving my income from, Lot No. E.A. 222, Papago, Saipan.

I hereby declare the foregoing to be true and correct under the penalty of perjury.

DATED this 17th day of January, 2006.

_____
John S. Pangelinan, Defendant Pro se