**John S. Pangelinan**
**Merced B. Pangelinan**
P. O. Box 501721
Saipan, M.P.  96950

Tel. No. (670) 256-0526

F I L E D
Clerk
District Court

JAN 1 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
(CNMI)

| | |
|---|---|
| ANGELITO TRINIDAD, et al. ) | CIVIL ACTION NO. 97-0073 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| JOHN S. PANGELINAN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

I, **JOHN S. PANGELINAN**, hereby certify that I served upon the Plaintiffs' counsel, Lillian A. Tenorio, Esq., defendants the Pangelinans' Objection to Plaintiffs' Motion for Writ of Execution and Sale of Real Property, and attachments thereto, personally at her office in Chalan Kiya, Saipan, on January 17, 2006.

January 17, 2006

_____
John S. Pangelinan, Defendant Pro se