```
                                                              F I L E D
                                                                 Clerk
                                                            District Court
        IN THE UNITED STATES DISTRICT COURT
                      FOR THE                               JAN 2 4 2006
        COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
                                                        For The Northern Mariana Islands
                                                        By_____
                                                                (Deputy Clerk)
```

ANGELITO TRINIDAD, et al,        :    CIVIL ACTION    No. 97-003
_____           _____      _____
          Plaintiffs(s)          :
              -v-                :
JOHN S. PANGELINAN, et al.,      :
_____
          Defendant(s)           :

### DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __23rd__ day of __January__, 2006 at __6:00 p.m.__, I personally served upon __PAPAS INC.,_____, a true and correct copy of the:

[ ]  Summons and Complaint
[ ]  Order dated _____.
[X]  Other (specify) REPLY TO DEFENDANTS OBJECTION TO MOTION FOR WRIT OF EXECUTION AND SALE OF REAL PROPERTY  in the above-captioned matter.

Service was made as follows:
[ ]  By delivering it to the aforesaid person.
[ ]  By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[X]  By delivering it to __JOHN S. PANGELINAN_____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is:  __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is:  __$ 20.00__

Dated, this __23rd__ day of __January__, 2006.

_____
Rainaldo S. Agulto

Hearing date:  __1/26/06__