IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court
JAN 24 2006
For The Northern Mariana Islands
By_____(Deputy Clerk)

ANGELITO TRINIDAD, et al,            :    CIVIL ACTION No. 97-003
                Plaintiffs(s)         :
          -v-                         :
JOHN S. PANGELINAN, et al.,           :
                Defendant(s)          :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __23rd__ day of __January__, 2006 at __6:00 p.m.__, I personally served upon __JOHN S. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) REPLY TO DEFENDANTS OBJECTION TO MOTION FOR WRIT OF EXECUTION AND SALE OF REAL PROPERTY in the above-captioned matter.

Service was made as follows:
[X] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: AT DEFENDANTS RESIDENCE IN PAPAGO

The charge for service is: $ 20.00

Dated, this __23rd__ day of __January__, 2006.

_Rainaldo S. Agulto_ (signature)
Rainaldo S. Agulto

Hearing date: __1/26/06__