FILED
Clerk
District Court

JAN 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al,     :     CIVIL ACTION   No. 97-003
        Plaintiffs(s)          :
           -v-                 :
JOHN S. PANGELINAN, et al.,    :
        Defendant(s)           :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __23rd__ day of __January__, 2006 at __6:00 p.m.__, I personally served upon __MERCED B. PANGELINAN__, a true and correct copy of the:

[ ]  Summons and Complaint
[ ]  Order dated _____.
[X]  Other (specify) REPLY TO DEFENDANTS OBJECTION TO MOTION FOR WRIT OF EXECUTION AND SALE OF REAL PROPERTY in the above-captioned matter.

Service was made as follows:
[X]  By delivering it to the aforesaid person.
[ ]  By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ]  By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: AT DEFENDANTS RESIDENCE IN PAPAGO

The charge for service is: $ 20.00

Dated, this __23rd__ day of __January__, 2006.

_____
Rainaldo S. Agulto

Hearing date: __1/26/06__