FILED
Clerk
District Court

JAN 26 2006

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-97-0073  January 26, 2006
10:45 a.m.

**ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al**

PRESENT:   Hon. David A. Wiseman, Designated Judge
Ellia Ciammaichella, Law Clerk
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Lillian Tenorio, Attorney for Plaintiffs
John Pangelinan, Pro Se
Mercedes Pangelinan, Pro Se

PROCEEDINGS:   MOTION FOR WRIT OF EXECUTION

Attorney Lillian Tenorio was present representing the Plaintiffs. John Pangelinan and Mercedes Pangelinan were present, Pro Se.

Attorney Lillian Tenorio argued the motion. John Pangelinan argued against the writ.

Court took the matter under advisement and stated that a written order would be forthcoming.

Adjourned 11:05 a.m.

K. Lynn Lemieux, Courtroom Deputy