FILED
Clerk
District Court

JAN 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,                    CASE No. CV-97-0073

    Plaintiffs(s)
        -v-
JOHN S. PANGELINAN, et al.,

    Defendant(s)

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __30th__ day of __January__, 2006 at __4:30 p.m.__, I personally served upon __MERCED B. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) __ORDER GRANTING WRIT OF EXECUTION__
_____ in the above-captioned matter.

Service was made as follows:
[X] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 20.00__

Dated, this __30th__ day of __January__, 2006.

_____
Rainaldo S. Agulto

Hearing date: _____