F I L E D
Clerk
District Court

FEB 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN S. PANGELINAN, et al.,<br><br>Defendants. | CIVIL ACTION NO. 97-0073<br><br>*EX PARTE* MOTION FOR AN ORDER TO AUTHORIZE ROY ALEXANDER TO LEVY EXECUTION |

Plaintiffs hereby respectfully move *ex parte* this court for an order to authorize Roy Alexander to levy execution on Defendants' property Lot No. E.A. 222, in accordance with the provisions of Fed. R. Civ. P. 69 and 7 CMC § 4204. (Proposed Order attached.)

On January 27, 2006, this court issued an Order Granting Writ of Execution against defendants' property known as Lot No. E.A. 222 to satisfy the deficiency

judgment, interest, and additional attorney's fees, costs and expenses incurred by Plaintiffs.

Pursuant to the January 27, 2006 Order and 7 CMC § 4204, Plaintiffs request this court to authorize Roy Alexander to levy execution upon Defendants' property to wit: Lot No. E.A. 222, as necessary to satisfy the deficiency judgment, interest and additional attorney's fees, costs and expenses permitted by Fed. R. Civ. P. 69(a) and 7 CMC § 4204.

This Motion is made *ex parte* because it is a motion for procedural order, to which Plaintiffs are entitled by order of this court dated January 27, 2006 and under statute.

Respectfully submitted this 21st day of February, 2006.

_____
LILLIAN ADA TENORIO, ESQ.
Attorney for plaintiffs Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera