**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

F I L E D
Clerk
District Court

FEB 2 2 2006

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION NO. 97-0073 |
| Plaintiffs, | |
| vs. | NOTICE OF MOTION |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 22nd day of February, 2006 at 3:30 p.m., Plaintiffs shall move this court to issue an order authorizing Roy Alexander to levy execution pursuant to the writ of execution issued by the court on January 27, 2006.

This Motion is made pursuant to the *Ex Parte* Motion for an Order to Authorize Roy Alexander to Levy Execution filed contemporaneously herewith; the court's file in this case; and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 21st day of February, 2006.

*[signature]*

LILLIAN ADA TENORIO, ESQ.
Attorney for plaintiffs Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

- 2 -