F I L E D
Clerk
District Court

FEB 22 2006

For The Northern Mariana Islands
By**************
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-97-0073

February 22, 2006
3:40 p.m.

### ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:    Hon. David A. Wiseman, Designated Judge
Ellia Ciammaichella, Law Clerk
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
LillianTenorio, Attorney for Plaintiffs

PROCEEDINGS:   EX-PARTE MOTION FOR PROCEDURAL ORDER

Attorney Lillian Tenorio was present representing the Plaintiffs and Judgment Creditors.

Attorney Lillian Tenorio argued the motion.

Court **GRANTED** the motion.

Adjourned 3:45 p.m.

*[signature]*
K. Lynn Lemieux, Courtroom Deputy