Lillian A. Tenorio
Attorney at Law
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

FILED
Clerk
District Court

FEB 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN S. PANGELINAN, et al., <br><br> Defendants. | CIVIL ACTION NO. 97-0073 <br><br> [PROPOSED] ORDER AUTHORIZING ROY ALEXANDER TO LEVY EXECUTION |

Upon consideration of the Plaintiffs' Motion, good cause appearing, it is hereby ORDERED, that pursuant to Fed. R. Civ. P. 69(a) and 7 CMC § 4204 and this court's January 27, 2006 Order Granting Writ of Execution, ROY ALEXANDER is hereby authorized to levy execution upon Defendants' real property, to wit Lot No. E.A. 222, to satisfy the balance on the judgement

rendered on March 20, 2000 by this court, accrued interest, and additional and further sanctions ordered by this court on July 30, 2001, September 6, 2001, January 4, 2004, and April 1, 2004, respectively.

Prior to the sale and pursuant to 7 CMC § 4204(a), Mr. Alexander shall demand of the Defendants that they pay the execution or exhibit sufficient property subject to execution. If Defendants, or either of them, do not pay the execution in full, including interests and costs and expenses thereof, Mr. Alexander shall levy upon Lot No. E.A. 222, pursuant to 7 CMC § 4204(b) and (c).

The sale will be made at such place, and on such date and at such time as may be fixed by Mr. Alexander in a Notice of Sale. Sale shall be made to the highest bidder, for currently lawful money of the United States of America. In order to assure a reasonable return for the sale, Plaintiffs shall cause a true and correct copy of the Notice of Sale to be published in a newspaper of general circulation in the Commonwealth on at least two occasions prior to the sale. The sale shall be subject to court approval.

Dated this ___ day of February, 2006.

DAVID A. WISEMAN
Judge

- 2 -