FILED
Clerk
District Court

FEB 2 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,          :     CIVIL ACTION    No. 97-0073
_____     :
            Plaintiffs(s)           :
            -v-                     :
JOHN S. PANGELINAN, et al.,         :
_____     :
            Defendant(s)            :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years,

and not a party to this case; and that on the __23rd__ day of __February__, 2006

at __11:40 a.m.__, I personally served upon __JOHN S. PANGELINAN__,

a true and correct copy of the:

[  ]   Summons and Complaint

[  ]   Order dated _____.

[ X ]   Other (specify) __ORDER AUTHORIZING ROY ALEXANDER TO LEVY EXECUTION__

_____ in the above-captioned matter.


Service was made as follows:

[ X ]   By delivering it to the aforesaid person.

[  ]   By delivering it at the aforesaid person's usual residence with _____

who is over the age of 18 and who also resides there.

[  ]   By delivering it to _____, who is an officer or

managing agent of the above-named individual or corporation.


The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: _____ $ 20.00 _____

Dated, this __23rd__ day of __February__, 2006.

_Rainaldo S. Agulto_
Rainaldo S. Agulto

Hearing date: _____