F I L E D
Clerk
District Court

FEB 23 2006

For The Northern Mariana Islands
By_____ (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,          :   CIVIL ACTION   No. 97-0073
           Plaintiffs(s)             :
              -v-                    :
JOHN S. PANGELINAN, et al.,          :
           Defendant(s)              :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __23rd__ day of __February__, 2006 at __11:40 a.m.__, I personally served upon __PAPAS INC.__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) __ORDER AUTHORIZING ROY ALEXANDER TO LEVY EXECUTION__ _____ in the above-captioned matter.

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[X] By delivering it to __JOHN S. PANGELINAN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 20.00__

Dated, this __23rd__ day of __February__, 2006.

_____
Rainaldo S. Agulto

Hearing date: _____