ORIGINAL

F I L E D
Clerk
District Court

MAR 07 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,

    Plaintiffs,

    vs.

JOHN S. PANGELINAN, et al.,

    Defendants.

CIVIL ACTION NO. 97-0073

**MOTION TO CORRECT**
**ORDER GRANTING**
**WRIT OF EXECUTION**

    Plaintiffs hereby respectfully move this court for an order to correct its January 27, 2006 Order Granting Writ of Execution. This motion is made pursuant to Fed. R. Civ. P. 60(a) which permits the court to correct clerical mistakes in its orders.

    This court issued its January 27, 2006 Order Granting Writ of Execution to

satisfy the deficiency judgment, interest, and additional attorney's fees, costs and

expenses incurred by Plaintiffs.    On  page 3 of the January 27, 2006 Order, the

court made the following statements:

> Currently, there is a deficiency of the merit judgment in the amount of $85,899.58, with interest at 6.197% accruing from July 1, 2001 until paid in full.  In addition Defendants have failed to pay attorney's fees and costs that the court has awarded Plaintiffs in the amount of $80,372.89.

Order Granting Writ of Execution (January 27, 2006).

In reviewing Plaintiffs' Motion for Confirmation of Sale of Real Property

filed on July 10, 2001, and the court's subsequent Order Confirming Sale of Fee

Simple Determinable Estates in Four Parcels of Real Property entered on July 13,

2001, Plaintiffs discovered that the deficiency judgment of $85,899.58 includes

the attorney's fees of $70,200.00 and costs of $3,375.00 awarded by the court in

its Judgment entered on March 20, 2000. (*See* Tenorio Decl.)   Those same fees

and costs appear to have been included in the amount of $80,372.89., which the

court in the January 27, 2006 Order states Defendant must pay in addition to the

deficiency judgment and interest.

As such, Plaintiffs respectfully requests the court to amend its January 27,

2006 Order Granting Writ of Execution by correcting the last sentence of the

paragraph on lines 14-16 of page 3 accordingly.

-2-

1

Respectfully submitted this 7th day of March, 2006.

2

3

4

LILLIAN ADA TENORIO, ESQ.

5

Attorney for plaintiffs Angelito

6

Trinidad, Esperanza David, Ronnie

Palermino, and Tony Alovera

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, | CIVIL ACTION NO. 97-003 |
| Plaintiffs, | **DECLARATION OF LILLIAN A. TENORIO IN SUPPORT OF MOTION TO CORRECT ORDER GRANTING WRIT OF EXECUTION** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | Date:<br>Time:<br>Judge: David A. Wiseman |

I, LILLIAN ADA TENORIO, do hereby declare the following:

1.    I am a United States citizen, and am over the age of 18.

2.    I am an attorney duly licensed to practice law in all courts of the

Commonwealth of the Northern Mariana Islands.  I represent the plaintiffs in this

civil action. I make this Declaration from my personal knowledge, and if called to testify, I could and would do so on the basis of the facts and circumstances set forth herein.

3.      This civil action was filed December 1, 1997. A judgment was entered on March 20, 2000 in favor of the Plaintiffs awarding Plaintiffs the principal amount of $205,787.34, subject to interest, and attorney's fees of $70,200.00 and costs of $3,375.00.

4.      Pursuant to this court's Order of April 18, 2001, Plaintiffs purchased four parcels of land belonging to Defendants for $210,000.00. After set-off, judgment was partially fulfilled leaving an outstanding balance of $85,899.58 as of June 26, 2001. According to Plaintiffs' Motion for Confirmation of Sale of Real Property filed on July 10, 2001, that sum includes attorney's fees of $70,200.00 and $3,375.00, in addition to interest on the principal amount accrued from March 20, 2000 to June 30, 2001. (*See* Motion for Confirmation of Sale of Real Property attached as Ex. "A").

        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

        Signed this 7th day of March, 2006.

Lillian Ada Tenorio
Attorney for Plaintiffs

- 2 -

Clerk
District Court

JUL 1 0 2001

For The Northern Mariana Islands
By _____
(Deputy Clerk)

1   Law Office of Charles R. Rotbart
    **Charles R. Rotbart, Esq.**
2   PMB 831, Box 10006
    Saipan, MP 96950
    (670) 235-8811 (phone)
3   (670) 235-8813 (fax)

4   **Attorney for Plaintiffs**

5

                    IN THE UNITED STATES DISTRICT COURT
6                                FOR THE
                    COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
7

8
    ANGELITO TRINIDAD, RONNIE PALERMO,  )      CIVIL ACTION NO. 97-0073
9   HERMAN TEJADA, ESPERANZA DAVID,     )
    and ANTONIO ALOVERA,                )
10                                      )
                    Plaintiffs,         )      **MOTION FOR CONFIRMATION**
11                                      )      **OF SALE OF REAL PROPERTY**
                                        )
12  vs.                                 )
                                        )
13  JOHN S. PANGELINAN, MERCED B.       )
    PANGELINAN,  AND PAPAS LTD., INC.,  )
14                                      )      Date:  n/a
                    Defendants.         )      Time:  n/a
15  _____ )      Judge: Hon. Alex R. Munson

16

17          PLAINTIFFS now move this Court to confirm the sale of real property sold at auction on

    June 26, 2001, and state as follows:
18
            1.      On March 20, 2000 Plaintiffs obtained a judgment in their favor in the
19
    amount of $205,787.34, plus attorneys fees of $70,200.00 and costs of $3,375.20, totaling
20
    $279,362.54.
21

                              **EXHIBIT**
                                 "A"


                                               ORIGINAL

                                                  285  20

1    2.    On June 5, 2000, this Court entered an Amended Judgment in favor of

2    Plaintiffs and against Defendants John S. Pangelinan, Merced B. Pangelinan, and Papas Ltd., Inc.,

3    jointly and severally, in the principal amount of $205,787.34, plus $70,200 in attorney's fees, and

4    costs of $3,375.20, for a total of $279,362.54.  Interest to accrue from March 20, 2000 forward in

5    the amount of 6.197% until paid in full.

6    3.    On June 5, 2000 this court also issued an order titled "Notice of Order After

7    Hearing, Granting Plaintiffs' Motion But Giving Defendants A Date Certain By Which To Post Real

8    Property Bond. "

9    4.    The Pangelinans failed to provide a $700,000 bond on or before July 3, 2000

10   as required by the June 5, 2000 ."Notice of Order After Hearing, Granting Plaintiffs' Motion But

11   Giving Defendants A Date Certain By Which To Post Real Property Bond."

12   5.    On July 11, 2000, this Court issued an Order Of Writ Of Execution.

13   6.    On April 18, 2001, this Court issued an Order authorizing John B. Joyner to

14   levy execution upon Defendants real property to satisfy the judgment entered against Defendants and

15   in favor of Plaintiffs.

16   7.    Pursuant to the April 18, 2001 order of this court, John B. Joyner filed a

17   Third Amended Notice of Sale on June 14, 2001. See Affidavit of John B. Joyner.

18   8.    Copies of the Third Amended Notice of Sale were posted at the clerk's

19   office for the United States District Court, Horiguchi Building, Second Floor, and at the CNMI

20   Superior Court, Guma Hustisia, Ground Floor.  See Joyner Affid.

21

2

9.    Defendants were served with copies of the Third Amended Notice of Sale by U.S. Mail. See Joyner Affid.

10.    The Third Amended Notice of Sale was published in the Marianas Variety on June 18, 2001, and June 22, 2001. See Joyner Affid.

11.    A copy of the Third Amended Notice of sale was posted in a conspicuous location at the real property referred to in the Third Amended Notice of Sale as Parcel 1. See Joyner Affid.

12.    Pursuant to the Third Amended Notice of Sale, John B. Joynder appeared at the Law Office of Charles R. Rotbart, San Jose, Saipan, at 10:00 a.m. on June 26, 2001, and did offer to sell, at public auction, to the highest bidder all of the right, title, and interest of Defendants John S. Pangelinan, Merced B. Pangelinan and Papa's Ltd., Inc., in and to the real property designated therein. See Joyner Affid.

13.    It fully appears from the Report on the Third Amended Notice of Sale filed by John B. Joyner that the only bids made for the purchase of said property were made by Plaintiffs in the form of set-off bids. See Report On Third Amended Notice of Sale.

14.    The bid for Parcel 1 is $80,000. The bid for Parcel 2 is $50,000. The bid for Parcel 3 is $40,000. The bid for Parcel 4 is $40,000. Id. All four bids total $210,000.

15.    Pursuant to this court's order dated June 5, 2000, the principal amount of $205,787.34 has been accruing interest at a rate of 6.197% per year beginning March 20, 2000, and accruing annually. As a result, interest has accrued in the amount of $ 16,537.24 as of June 30, 2001. The total of $205,787.34 plus $ 16,537.24 is $222,324.58.

3

16.    This court also awarded attorneys fees of $70,200 and costs of $3,375.00. When added to the underlying award plus interest as of June 30, 3001, the total amount of the judgment owed Plaintiffs is now $295,899.58.

17.    Accordingly, if the amount bid of $210,000 is off-set against the amount of $295,899.58, Plaintiffs have a remaining deficiency judgment against Defendants in the amount of $85,899.58. (Not including additional fees, costs and expenses of Plaintiffs).

18.    Costs incurred to date for the services of John B. Joyner total $237.50. Id.

PLAINTIFFS ARE LIMITED TO A 55 YEAR INTEREST IN THE PROPERTY

It must be noted that none of the purchasers at auction are of Northern Mariana Descent. Accordingly, pursuant to the CNMI Constitution, Article 12, §2, the maximum real property interest they may purchase from Defendants is limited to no more than 55 years. Accordingly, the interest to be conveyed is not fee simple absolute but rather "fee simple determinable" in that it is a fee simple interest for a determined period of 55 years. At the termination of the that 55 year period the properties will automatically divest back to John S. Pangelinan and/or his heirs.

Accordingly, Plaintiffs pray that this court confirm and approve the sale made by John B. Joyner as described herein, order John B. Joyner to execute the [proposed] Certificate of Sale, (submitted herewith), and authorize and order John B. Joyner to execute the [proposed] Quitclaim Deeds transferring a 55 year fee simple determinable interest to Plaintiffs in each of the properties, (submitted herewith).

4

1    Plaintiffs respectfully submit the attached "[proposed] Order Confirming Sale Of Real

2  Property" for the court's consideration.

3

4  Respectfully submitted this _10th_ of July, 2001.

5

6

CHARLES R. ROTBART, Esq.

7                                                    Attorney for Plaintiffs

8                                                    PMB 831, Box 10,006
                                                     Saipan, MP 96950
9                                                    (670) 235-8811
                                                     (670) 235-8813

10

11

12

13

14

15

16

17

18

19

20

21

5