ORIGINAL

FILED
Clerk
District Court

MAR 07 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN S. PANGELINAN, et al.,<br><br>Defendants. | CIVIL ACTION NO. 97-0073<br><br><br>**NOTICE OF MOTION** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the **6th day of April, 2006, at 9 a.m.**, Plaintiffs shall move this court to issue an order correcting its Order Granting Writ of Execution issued on January 27, 2006.

This Motion is made pursuant to the Motion to Correct Order Granting Writ of Execution filed contemporaneously herewith; the court's file in this case; and

such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 7th day of March, 2006.

_____
LILLIAN ADA TENORIO, ESQ.
Attorney for plaintiffs Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera