```
                                            FILED
                                              Clerk
                                          District Court

                                          MAR 08 2006

                                    For The Northern Mariana Islands
                                    By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
|---|---|
| Plaintiff, | ORDER: |
| vs. | 1) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO CORRECT ORDER; and |
| JOHN S. PANGELINAN, et al., | 2) TAKING HEARING FOR MOTION TO CORRECT ORDER |
| Defendant. | |

THE COURT, having considered plaintiff's motion to correct order granting writ of execution, **GRANTS IN PART AND DENIES IN PART** plaintiff's motion to correct the court's order granting writ of execution. FURTHERMORE, having disposed of the motion, THE COURT ORDERS that the hearing set for April 6, 2006, at 9 a.m. be taken off calendar.

DATED this 7th day of March, 2006.

/s/ DAVID A. WISEMAN
DAVID A. WISEMAN
Judge