FILED
Clerk
District Court

MAR 08 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION No. 97-0073 |
| Plaintiffs(s) | : |
| -v- | : |
| JOHN S. PANGELINAN, et al., | : |
| Defendant(s) | : |

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __8th__ day of __March__, 2006 at __12:00 p.m.__, I personally served upon __JOHN S. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint

[ ] Order dated _____.

[X] Other (specify) __NOTICE OF MOTION/MOTION TO CORRCT ORDER GRANTING WRIT OF EXECUTION/DECLARATION OF LILLIAN A. TENORIO IN SUPPORT OF MOTION TO CORRECT ORDER GRANTING WRIT OF EXECUTION/MOTION FOR CONFIRMATION OF SALE OF REAL PROPERTY__ in the above-captioned matter.

Service was made as follows:

[X] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 20.00__

Dated, this __8th__ day of __March__, 2006.

_____
Rainaldo S. Agulto

Hearing date: __4/6/06__