FILED
Clerk
District Court

MAR 08 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,           CIVIL ACTION No. 97-0073
_____
         Plaintiffs(s)
            -v-
JOHN S. PANGELINAN, et al.,
_____
         Defendant(s)

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __8th__ day of __March__, 2006 at __12:00 p.m.__, I personally served upon __PAPAS INC., LTD.__, a true and correct copy of the:

[ ] Summons and Complaint

[ ] Order dated _____.

[X] Other (specify) NOTICE OF MOTION/MOTION TO CORRECT ORDER GRANTING WRIT OF EXECUTION/DECLARATION OF LILLIAN A. TENORIO IN SUPPORT OF MOTION TO CORRECT ORDER GRANTING WRIT OF EXECUTION/MOTION FOR CONFIRMATION OF SALE OF REAL PROPERTY in the above-captioned matter.

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[X] By delivering it to __JOHN S. PANGELINAN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 20.00__

Dated, this __8th__ day of __March__, 2006.

_____
Rainaldo S. Agulto

Hearing date: __4/6/06__