FILED
Clerk
District Court

MAR 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,                    CIVIL ACTION No. 97-0073

          Plaintiffs(s)

-v-

JOHN S. PANGELINAN, et al.,

          Defendant(s)

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the **21st** day of **March**, 2006 at **11:50 a.m.** I personally served upon **MERCED B. PANGELINAN**, a true and correct copy of the:

[ ] Summons and Complaint

[ ] Order dated _____.

[X] Other (specify) **DEMAND PERSUANT TO 7 CMC 4204(a); NOTICE OF LEVY ON LOT NO. E.A. 222 / AMENDED ORDER** in the above-captioned matter.
**GRANTING WRIT OF EXECUTION / ORDER AUTHORIZING ROY ALEXANDER TO LEVY EXECUTION**

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[X] By delivering it at the aforesaid person's usual residence with **JOHN S. PANGELINAN (HUSBAND)** who is over the age of 18 and who also resides there.

[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: **AT DEFENDANTS RESIDENCE IN PAPAGO**

The charge for service is: **$ 20.00**

Dated, this **21st** day of **March**, 2006.

                                                     */s/ Rainaldo S. Agulto*
                                                     Rainaldo S. Agulto

Hearing date: _____