F I L E D
Clerk
District Court

MAR 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,           :      CIVIL ACTION   No. 97-0073
         Plaintiffs(s)                :
              -v-                     :
JOHN S. PANGELINAN, et al.,           :
         Defendant(s)                 :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __21st__ day of __March__, 2006 at __11:50 a.m.__, I personally served upon __PAPAS INC. LTD.__, a true and correct copy of the:

[ ] Summons and Complaint

[ ] Order dated _____.

[X] Other (specify) __DEMAND PERSUANT TO 7 CMC 4204(a); NOTICE OF LEVY ON LOT NO. E.A. 222 / AMENDED ORDER__ in the above-captioned matter.
GRANTING WRIT OF EXECUTION / ORDER AUTHORIZING ROY ALEXANDER TO LEVY EXECUTION

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[X] By delivering it to __JOHN S. PANGELINAN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 20.00__

Dated, this __21st__ day of __March__, 2006.

_____
Rainaldo S. Agulto

Hearing date: _____