**Lillian A. Tenorio**
Attorney at Law
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

F I L E D
Clerk
District Court

JUN 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, | CIVIL ACTION NO. 97-0073 |
| Plaintiffs, | **REPORT ON NOTICE OF SALE FOR JUNE 2, 2006** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

Pursuant to this Court's Orders of January 28, 2006 and March 8, 2006, and the Defendants failure to comply with the undersigned's Demand Pursuant to 7 CMC § 4204(a); Notice of Levy on Lot No. E.A. 222, a Notice of Sale for June 2, 2006 was duly published in accordance with law.

The auction did not proceed because of defendant John S. Pangelinan's

"Dear Editor" published in the June 2, 2006 issue of the Marianas Variety. (*See* copy of letter attached as Ex. "A" to Alexander Decl.) In the letter, Mr. Pangelinan states that he wishes "to inform everyone that the sale tomorrow is invalid and whoever becomes a purchaser acquires nothing and instead buys himself a lawsuit." *Id.* Pangelinan further states that he lives on the property and "will never yield it to anyone come typhoon, tsunami, volcanic eruption or the devil himself, and whoever comes over and claims it will feel my wrath with a vengeance." *Id.*

The letter is a blatant attempt by defendant Pangelinan to discredit the auction by discouraging interested bidders from attending the auction and threatening retribution to the eventual winner. In advance of the auction date, the Notice of Sale was published twice in a local newspaper. (*See* published Notice of Sale attached as Ex. "B" to Alexander Decl.)

In the interest of all concerned and the safety of potential bidders, the auction did not proceed and will be rescheduled at a later date. (*See* Alexander Decl.)

Dated this ___ day of June, 2006.

_____
ROY ALEXANDER