```
                                          F I L E D
                                              Clerk
                                          District Court

                                          JUN 1 5 2006

                                     For The Northern Mariana Islands
                                     By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | |
| vs. | **AMENDED ORDER TO SHOW CAUSE** |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

*Pro se* defendant John S. Pangelinan is **ORDERED** to appear Wednesday, June 21, 2006, at 11:00 a.m. to show cause why the court should not sanction and / or bring contempt proceedings against him for interfering with the court ordered sale of a certain real property located in the Commonwealth of the Northern Mariana Islands known as E.A. 222, which comprises of approximately 96,905 square meters and is situated in Papago, Saipan. *See* Report on Notice of Sale for June 2, 2006, No. 507 (June 13, 2006); Declaration of Roy Alexander Regarding Report on Notice of Sale For June 2, 2006, No. 508 (June 13, 2006).

**IT IS FURTHER ORDERED** that this order be personally served on defendant John S. Pangelinan through the U.S. Marshals Service.

**DATED** this 15 day of June, 2006.

_____
DAVID A. WISEMAN
Judge