IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al,               :        CIVIL ACTION   No. 97-003
            Plaintiffs(s)                :
         -v-                             :
JOHN S. PANGELINAN, et al.,              :
            Defendant(s)                 :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __15th__ day of __June__, 2006 at __1:50 P.M.__, I personally served upon __MERCED B. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____
[X] Other (specify) __REPORT ON NOTICE OF SALE FOR JUNE 2, 2006 / DECLARATION OF ROY ALEXANDER REGARDING REPORT ON NOTICE OF SALE FOR JUNE 2, 2006__ in the above-captioned matter.

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[X] By delivering it at the aforesaid person's usual residence with __JOHN S. PANGELINAN (HUSBAND)__ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 25.00__

Dated, this __15th__ day of __June__, 2006.

_____
Rainaldo S. Agulto

Hearing date: _____