**Lillian Ada Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Plata Drive, Chalan Kiya
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al,** ) | **CIVIL ACTION NO. 97-0073** |
| ) | |
| **Plaintiffs,** ) | **COMBINED RESPONSE TO** |
| ) | **AMENDED ORDER TO SHOW** |
| **vs.** ) | **CAUSE AND REQUEST FOR** |
| ) | **INJUNCTIVE RELIEF** |
| **JOHN S. PANGELINAN, et al.,** ) | |
| ) | Date:  June 21, 2006 |
| **Defendants.** ) | Time:  11:00 a.m. |
| _____ ) | Judge:  Hon. David A. Wiseman |

## INTRODUCTION

To satisfy the outstanding judgment in this case and pursuant to this Court's Orders of January 28, 2006 and March 8, 2006, a judicial sale of Lot No. E.A. 222 was scheduled to proceed on June 2, 2006. The auction, however, did not proceed as scheduled.

In a Letter to the Editor of the MARIANAS VARIETY captioned "Not so fast"

and attached to the Report on Notice of Sale (filed June 13, 2006), John Pangelinan threatened that "whoever becomes a purchaser acquires nothing and instead buys himself a lawsuit. " Mr. Pangelinan goes on to swear that he "will never yield the property to anyone, "come typhoon, tsunami, volcanic eruption or the devil himself...." Mr. Pangelinan is very clear: "whoever comes over and claims it will feel my wrath with a vengeance."

On account of Mr. Pangelinan's threats, the auction was postponed.  See Declaration of Roy Alexander Regarding Report on Notice of Sale for June 2, 2006, No. 508 (June 13, 2006) ("Alexander Decl."). On account of Mr. Pangelinan's threats, moreover, Alexander feared for his personal safety amd that of his staff. *Id.* at ¶ 9. On account of Mr. Pangelinan's threats this time, the Court sua sponte  issued its Order to Show Cause and Amended Order to Show Cause, directing John S. Pangelinan to appear and show cause why the court should not sanction and/or bring contempt proceedings against him for interfering with the court ordered sale of Lot E.A. 222.

Inscribed on the outside of the building housing the archives of the United States is an inscription reading" What is past is prologue." History teaches important lessons.  If what has time and again transpired in this case  provides even a glimpse of future conduct, Mr. Pangelinan's letter and the unequivocal intent expressed therein require immediate court intervention to prevent certain and

immediate harm..  For these reasons, Plaintiffs Angelito Trinidad, Ronnie Palermo, Herman Tejada, Esperanza David, and Antonio Alovera  request appropriate orders from the Court ordering temporary and permanent injunctive relief forthwith.

## MOTION FOR TEMPORARY AND PERMANENT RESTRAINING ORDERS

Plaintiffs, by and through their undersigned counsel, hereby request a temporary restraining order and permanent injunction, restraining and enjoining defendants John S. Pangelinan and Merced B. Pangelinan (the "Pangelinans"), along with their officers, directors, employees, successors, and attorneys, and all those in active concert or participation with them, from interfering with or otherwise taking any action whatsoever impeding or otherwise interfering with the levy on and judicial sale of Lot No. E.A. 222;  the acquisition of said property; and the subsequent occupancy, transfer, quiet enjoyment, or other use thereof.

## MEMORANDUM IN SUPPORT OF  MOTION FOR TEMPORARY AND PERMANENT RESTRAINING ORDERS

John Pangelinan is back "with a vengeance," once again threatening retribution to anyone even remotely connected with the judicial sale of Lot No. E.A. 222 .  Not content this time to threaten sale participants and court officers, Mr. Pangelinan has extended his campaign to the general public, promulgating his warnings in the newspaper, in a blatant attempt to discourage would-be purchasers from bidding on the property.  *See* Report on Notice of Sale.

Mr. Pangelinan indicates that he is currently at work on a "huge lawsuit against all those responsible parties who put me in jail and ... those who injured or will injure me in my property relating to that case." The filing of lawsuits, however, is only one weapon in Mr. Pangelinan's arsenal. In the past, Mr. Pangelinan has embarked on a course of conduct designed to breach the peace; to harass purchasers of his property; to interfere with the payment of rent; and to disregard court orders confirming the sale of his property. *See*, e.g., Order Granting Motion for Permanent Injunction (filed April 24, 2004) (recognizing John Pangelinan's prior efforts to appropriate rental income, to divert customers from access to Bras Restaurant, to interfere with MSDC's business, to annoy and threaten MSDC employees, and threaten plaintiffs' business and livelihood). There is no reason to believe that Mr. Pangelinan will behave any differently now.

Judicial process holds little, if any, meaning to John Pangelinan, and even the sanction of imprisonment carries with it little, if any, deterrence.[1] Mr. Pangelinan appears to believe that he was released from prison only because the "people who put me there finally gave up." *See* Pangelinan Letter to Editor, attached as Exhibits "A" and "B" to Alexander Declaration. Pangelinan's belief in his invincibility, combined with his crusade to avoid payment of the judgment is a prescription for danger: Mr. Pangelinan makes crystal clear that he will pursue

---

[1] See, e.g., Letter dated March 30, 2004 from John S. Pangelinan to N. Horiguichi and Mr. Yagi threatening reprisals, attached hereto as Exhibit "A"; Letter dated February 1, 2006 from John S. Pangelinan to Lillian A. Tenorio threatening reprisals, attached to the Declaration of Lillian A. Tenorio as Exhibit "B."

whatever action he deems necessary to obstruct or, at a minimum, interfere with, the court-ordered sale. Pangelinan undertakes these actions not only to dissuade and even threaten potential bidders on the property, but also to drive up the costs of collecting the judgment. *See* Alexander Decl. at ¶¶ 8-12.

For the foregoing reasons, an immediate Temporary Restraining Order as well as a Permanent Injunction are requested. Plaintiffs further request that the matter be heard at the hearing on the Order to Show Cause scheduled for Wednesday, June 21, 2006, or, alternatively, that the Court set an expedited hearing as soon as practicable.

DATED this _____ day of June, 2006.

/s/
Lillian Ada Tenorio
Attorney for Plaintiffs