**LILLIAN ADA TENORIO**
ATTORNEY AT LAW
P.O. Box 501794
PLATA DRIVE, CHALAN KIYA
SAIPAN, MP 96950

Tel: 670-234-7850       Fax: 670-234-7855       email: latlaw@pticom.com

---

Robert J. Desiderio, Of Counsel
(Admitted to Practice in New Mexico)

April 6, 2006

Roy Alexander
Alexander Realty and Development
PO Box 503709
Saipan, MP 96950

Re: Notice of Sale of Lot No. E.A. 222; Notice of Demand pursuant to 7 CMC § 4204(a); Notice of Levy on Lot No. E.A. 222

Dear Roy:

This is to notify you that John Pangelinan did not deliver full payment or exhibit sufficient property subject to execution by 5 pm on the last day of the 15-day period specified in the Notice of Demand pursuant to 7 CMC § 4204(a); Notice of Levy on Lot No. E.A. 222. Since he was served on March 21, 2006, the deadline was yesterday.

Please let me know if you will be generating the necessary documents to levy execution on the lot and do the notice of sale pursuant to § 4204. I would like to review them before you send out any announcement or notice.

Sincerely,

LILLIAN A. TENORIO

cc: Clients
    Client file

EXHIBIT "A"