IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,              CIVIL ACTION No. 97-0073
                Plaintiffs(s)
         -v-
JOHN S. PANGELINAN, et al.,
                Defendant(s)

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __16th__ day of __June__, 2006 at __3:20 p.m.__, I personally served upon __PAPAS INC.,__ a true and correct copy of the:

[ ] Summons and Complaint
[X] Order dated __6/15/06__
[X] Other (specify) __AMENDED ORDER TO SHOW CAUSE__
_____ in the above-captioned matter.

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[X] By delivering it to __JOHN S. PANGELINAN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__
The charge for service is: __$ 25.00__

Dated, this __16th__ day of __June__, 2006.

                                                    _Rainaldo S. Agulto_
                                                    Rainaldo S. Agulto

Hearing date: __6/21/06   11:00 a.m.__

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,

Plaintiffs(s)

JOHN S. PANGELINAN, et al.,

Defendant(s)

CIVIL ACTION No. 97-0073

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __16th__ day of __June__, 2006 at __3:20 p.m.__, I personally served upon __PAPAS INC.,__ a true and correct copy of the:

[ ]  Summons and Complaint
[ ]  Order dated _____
[X]  Other (specify) __COMBINED RESPONSE TO AMENDED ORDER TO SHOW CAUSE AND REQUEST FOR INJUNCTIVE RELIEF__ in the above-captioned matter.

Service was made as follows:
[ ]  By delivering it to the aforesaid person.
[ ]  By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[X]  By delivering it to __JOHN S. PANGELINAN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 25.00__

Dated, this __16th__ day of __June__, 2006.

*Rainaldo S. Agulto*

Hearing date: __6/21/06   11:00 a.m.__