FILED
Clerk
District Court

JUN 16 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN S. PANGELINAN, et al., <br><br> Defendant. | Case No. CV-97-0073 <br><br> **ORDER TAKING ORDER TO SHOW CAUSE OFF CALENDAR** |

For good cause, the order to show cause set for Wednesday, June 21, 2006, is hereby taken off calendar.

**IT IS SO ORDERED.**

**DATED** this 16 day of June, 2006.

_____
DAVID A. WISEMAN
Judge