**Lillian Ada Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Plata Drive, Chalan Kiya
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al,** ) | **CIVIL ACTION NO. 97-73** |
| ) | |
| **Plaintiffs,** ) | **PLAINTIFFS' REQUEST FOR** |
| ) | **EXPEDITED HEARING ON** |
| ) | **PLAINTIFFS' COMBINED** |
| vs. ) | **RESPONSE TO ORDER TO** |
| ) | **SHOW CAUSE AND REQUEST** |
| **JOHN S. PANGELINAN, et al.,** ) | **FOR INJUNCTIVE RELIEF** |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Plaintiffs, by and through, counsel Lillian A. Tenorio request this court to set an expedited hearing on their Combined Response to Order to Show Cause and Request for Injunctive Relief ("Request for Injunctive Relief) filed on June 16, 2006, wherein Plaintiffs moved this court for a Temporary Restraining Order and a Permanent Injunction against defendants John S. Pangelinan and Merced B. Pangelinan. The request for an expedited hearing is made in view of the exigent

circumstances described in the "Request for Injunctive Relief" and another "Dear Editor" letter received by Plaintiffs' counsel on June 19, 2006. (*See* Ex. "A").

Respectfully submitted this 19th day of June, 2006.

/s/
_____
LILLIAN ADA TENORIO
Attorney for Plaintiffs