Lillian Ada Tenorio
Attorney at Law
P.O. Box 501794 CK
Plata Drive, Chalan Kiya
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs

FILED
Clerk
District Court

JUN 2 0 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., ) | CIVIL ACTION NO. 97-73 |
| ) | |
| Plaintiffs, ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXPEDITED HEARING ON PLAINTIFFS' COMBINED RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR INJUNCTIVE RELIEF |
| vs. ) | |
| JOHN S. PANGELINAN, et al., ) | |
| Defendants. ) | |

For good cause shown an expedited hearing on Plaintiffs' Combined Response to Order to Show Cause and Request for Injunctive Relief ("Request for Injunctive Relief) shall be heard at ~~10:30~~ 11:00 a.m., on June 22, 2006.

IT SO ORDERED.

Dated this 20 day of June 2006, at 2:20 a.m./p.m.

_____
DAVID A. WISEMAN
Judge