IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al., : CIVIL ACTION No. 97-0073
        Plaintiffs(s)          :
    -v-                         :
JOHN S. PANGELINAN, et al.,     :
        Defendant(s)            :

### DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __20th__ day of __June__, 2006 at __3:50 p.m.__, I personally served upon __MERCED B. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint
[X] Order dated __6/16/06__
[X] Other (specify) __ORDER TAKING ORDER TO SHOW CAUSE OFF CALENDAR__
    in the above-captioned matter.

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[X] By delivering it at the aforesaid person's usual residence with __JOHN S. PANGELINAN (HUSBAND)__ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: _____

Dated, this __20th__ day of __June__, 2006.

_Rainaldo S. Agulto_ (signature)
Rainaldo S. Agulto

Hearing date: _____