IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION No. 97-0073 |
| Plaintiffs(s) | |
| -v- | |
| JOHN S. PANGELINAN, et al., | |
| Defendant(s) | |

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __20th__ day of __June__, 2006 at __3:50 p.m.__, I personally served upon __PAPAS INC.__ a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____
[X] Other (specify) __PLAINTIFF'S REQUEST FOR EXPEDITED HEARING ON PLAINTIFF'S COMBINED RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR INJUNCTIVE RELIEF__ in the above-captioned matter.

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[X] By delivering it to __JOHN S. PANGELINAN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: _____

Dated, this __20th__ day of __June__, 2006.

Rainaldo S. Agulto

Hearing date: _____