MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 2 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CV-97-0073

June 22, 2006
11: 25 a.m.

### ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:   Hon. David A. Wiseman, Designated Judge
Ellia Ciammaichella, Law Clerk
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
LillianTenorio, Attorney for Plaintiffs

PROCEEDINGS:   REQUEST FOR INJUNCTIVE RELIEF

Attorney Lillian Tenorio was present representing the Plaintiffs and Judgment Creditors. Also present was Roy Alexander.

Attorney Lillian Tenorio advised the Court of the status of the case.

Court stated that this hearing would be continued to June 27, 2006 at 11:00 a.m.

Adjourned 11:30 a.m.

K. Lynn Lemieux, Courtroom Deputy