FILED
Clerk
District Court

JUN 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | |
| vs. | NOTICE OF ORDER CONTINUING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

THIS MATTER came before the court on Thursday, January 22, 2006, for hearing of plaintiff's motion for a temporary restraining order. For good cause, the court continued the hearing to Tuesday, June 27, 2006, at 11 a.m.

**IT IS SO ORDERED.**

DATED this 22 day of June, 2006.

DAVID A. WISEMAN
Judge