F I L E D
Clerk
District Court

JUN 2 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,

Plaintiff,

vs.

JOHN S. PANGELINAN, et al.,

Defendant.

Case No. CV-97-0073

**ORDER WITHDRAWING ORDER TO SHOW CAUSE**

For good cause, the Amended Order to Show Cause, No. 510 (June 15, 2006), is hereby withdrawn.

**IT IS SO ORDERED.**

**DATED** this __ day of June, 2006.

_____
DAVID A. WISEMAN
Judge