IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,  :  CIVIL ACTION No. 97-0073
        Plaintiffs(s)  :
JOHN S. PANGELINAN, et al.,  :
        Defendant(s)  :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __23rd__ day of __June__, 2006 at __2:10 p.m.__, I personally served upon __MERCED B. PANGELINAN__ a true and correct copy of the:

[ ] Summons and Complaint
[X] Order dated __6/22/06__
[X] Other (specify) __NOTICE OF ORDER CONTINUING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER__ in the above-captioned matter.

Service was made as follows:
[X] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 25.00__

Dated, this __23rd__ day of __June__, 2006.

                                                     Rainaldo S. Agulto

Hearing date: __6/27/06__