F I L E D
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JUN 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-97-0073                                                June 27, 2006
                                                          11:10 a.m.

**ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al**

PRESENT:         Hon. David A. Wiseman, Designated Judge
                 Ellia Ciammaichella, Law Clerk
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Courtroom Deputy
                 LillianTenorio, Attorney for Plaintiffs
                 John S. Pangelinan, Defendant

PROCEEDINGS:   REQUEST FOR INJUNCTIVE RELIEF

Attorney Lillian Tenorio was present representing the Plaintiffs and Judgment Creditors. Defendants, John Pangelinan and Mrs. Pangelinan were present. Also present in the Courtroom was Roy Alexander.

Attorney Lillian Tenorio advised the Court that she would be moving for a temporary restraining order, and a permanent injunction, until such time that the sale of the land could be accomplished.

John Pangelinan stated that he opposed the permanent injunction.

Court found good cause to enter a temporary restraining order against the Pangelinan's and so ordered.

Court set a hearing regarding a permanent injunction order on July 5, 2006 at 11:00 a.m.

Adjourned 11:30 a.m.

K. Lynn Lemieux, Courtroom Deputy