F I L E D
Clerk
District Court

JUN 2 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | **NOTICE OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

**THIS MATTER** came before the court on Tuesday, June 27, 2006, for hearing of plaintiffs' motion for a temporary restraining order and permanent injunction against John S. Pangelinan and Merced B. Pangelinan. Plaintiffs appeared by and through their attorney, Lillian A. Tenorio; defendants appeared *pro se.*

For the reasons stated at the hearing, the court **DENIED** plaintiffs' motion for a temporary restraining order against Merced B. Pangelinan and **GRANTED** plaintiffs' motion for a temporary restraining order against John S. Pangelinan. The facts supporting the temporary restraining order against John S. Pangelinan and the conditions of the temporary restraining order are set out in the court's Order Granting Motion for Temporary Restraining Order.

**IT IS SO ORDERED.**

**DATED** this 2⁸ day of June, 2006.

DAVID A. WISEMAN
Judge