F I L E D
Clerk
District Court

JUN 2 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | |
| vs. | **ORDER RESCHEDULING HEARING FOR PERMANENT INJUNCTION** |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the hearing for plaintiffs' motion for permanent injunction be rescheduled to July 5, 2006, at 10:30 a.m.

DATED this ___ day of June, 2006.

_____
DAVID A. WISEMAN
Judge