**Lillian Tenorio**
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 501794
Saipan, MP 96950

Tel: (670) 234-7850
Fax. (670) 234-7855

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | Case No. CV-97-**0073** |
| **Plaintiff,** | |
| vs. | **DECLARATION OF SERVICE** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

     I, the undersigned, under the penalty of perjury, hereby declare and certify that I am over the age of 18 and that I personally served a true and correct copy of the **ORDER RESCHEDULING HEARING FOR PERMANENT INJUNCTION, NOTICE OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER,** in the above-captioned matter**,** upon the Defendant Merced B. Pangelinan at her home on July 3, 2006 at the following address:

Merced B. Pangelinan
Papago
Saipan, MP 96950

DATED this 3rd day of July 2006.

_____/s/_____
ROLAND B. SALAS