**Lillian Tenorio**
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 501794
Saipan, MP 96950

Tel: (670) 234-7850
Fax. (670) 234-7855

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | Case No. CV-97-**0073** |
| **Plaintiff,** | |
| vs. | **DECLARATION OF SERVICE** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

     I, the undersigned, under the penalty of perjury, hereby declare and certify that I am over the age of 18 and that I personally served a true and correct copy of the **ORDER RESCHEDULING HEARING FOR PERMANENT INJUNCTION, NOTICE OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER,** in the above-captioned matter**,** upon the Defendant John S. Pangelinan on June 30, 2006 at the following address:

                    Department of Corrections
                    Minimum Security Unit
                    Susupe,
                    Saipan, MP 96950

DATED this 30th day of June 2006.

                                                                        /s/
                                                  ROLAND B. SALAS