FILED
Clerk
District Court

JUL - 5 2006

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*********************************************************************************

CV-97-0073                                                   July 5, 2006
                                                             10:25 a.m.


### ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al


PRESENT:        Hon. David A. Wiseman, Designated Judge
                Ellia Ciammaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Robert Torres, Attorney for Plaintiffs
                John S. Pangelinan, Defendant

PROCEEDINGS:    REQUEST FOR INJUNCTIVE RELIEF

Attorney Robert Torres was present representing the Plaintiffs and Judgment Creditors. Defendant, John Pangelinan was present. Also present in the Courtroom was Mrs. Pangelinan and Christopher Pangelinan.

Attorney Robert Torres argued the motion.

John Pangelinan stated that he opposed the permanent injunction and wanted to substitute two other properties to be sold.

Plaintiff argued that the defendant has refused to submit to a deposition.

Court, after hearing testimony, found good cause to continue the hearing for a permanent injunction and so ordered. The hearing will be set for 10:00 a.m. on July 19, 2006.

Court ordered temporary restraining on John S. Pangelinan remains in effect.

Adjourned 10:35 a.m.

K. Lynn Lemieux, Courtroom Deputy