F I L E D
Clerk
District Court

JUL - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | **NOTICE OF CONTINUANCE OF HEARING FOR PERMANENT INJUNCTION AND EXTENSION OF AMENDED TEMPORARY RESTRAINING ORDER** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

**THIS MATTER** came before the court on Wednesday, July 5, 2006, for hearing of plaintiff's motion for a permanent injunction and defendant's oral motion to continue the hearing. Plaintiffs appeared by and through their attorney Robert T. Torres; defendant John S. Pangelinan appeared *pro se*.

To allow time for defendant to submit a written opposition to plaintiff's motion for permanent injunction, the court granted defendant's motion to continue the hearing. Accordingly, the hearing was continued to July 19, 2006, at 10:00 a.m.

For good cause and with defendant's consent, the court extended the temporary restraining order that the court issued in its Order Granting Motion for Temporary Restraining Order, No. 538 (June 29, 2006), until the hearing on July 19, 2006. Furthermore, because defendant expressed a willingness to settle this matter with plaintiffs, the temporary restraining order issued on June 29, 2006, was hereby amended to allow defendant to communicate with plaintiffs' attorneys Lillian A. Tenorio and Robert T. Torres for the sole purpose of settling this matter. Accordingly, line 16 to 18 of page 4 of the June 29, 2006 temporary restraining order was amended to read as follows:

//

"(2) Lillian A. Tenorio and her employees, except for the sole purpose of settling this matter,

"(3) Robert T. Torres and his employees, except for the sole purpose of settling this matter,

and".

**IT WAS SO ORDERED.**

**DATED** this 6th day of July, 2006.


DAVID A. WISEMAN
Judge

2