**Lillian Tenorio**
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 501794
Saipan, MP 96950

Tel: (670) 234-7850
Fax. (670) 234-7855

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | Case No. CV-97-**0073** |
| **Plaintiff,** | |
| vs. | **DECLARATION OF SERVICE** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

I, the undersigned, under the penalty of perjury, hereby declare and certify that I am over the age of 18 and that I personally served a true and correct copy of the **PLAINTIFFS' RESPONSE TO MOTION TO AMEND AMENDED ORDER SUBSTITUTION LOT E.A. 684 & PRE-WAR LOT 1511 FOR LOT E.A. 222, PAPAGO and the PLAINTIFFS' RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION FOR PERMANENT INJUNCTION,** in the above-captioned matter**,** upon the Defendant Merced B. Pangelinan through co-defendant John S. Pangelinan on July 18, 2006 at the following address:

John S. Pangelinan
Papago
Saipan, MP 96950

DATED this 18th day of July 2006.

                                                                        /s/
                                       ROLAND B. SALAS