```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   JUL 1 9 2006

                                             For The Northern Mariana Islands
                                             By_____
                                                     (Deputy Clerk)
```

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-97-0073                                          July 19, 2006
                                                    10:15 a.m.

### ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:         Hon. David A. Wiseman, Designated Judge
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Courtroom Deputy
                 Robert Torres, Attorney for Plaintiffs
                 John S. Pangelinan, Defendant
                 Mercedes Pangelinan, Defendant

PROCEEDINGS:    MOTION for PERMANENT INJUNCTION

Attorney Robert Torres was present representing the Plaintiffs and Judgment Creditors. Defendant, John Pangelinan and Mrs. Pangelinan were present.

John Pangelinan argued his motion regarding the exchange of certain property in lieu of the property that is set for auction. Attorney Robert Torres reported to the Court that the Pangelina's came to his office for a meeting and it was made clear that the offer of the Kanat Tabla property was not a settlement offer on this case. Evidently, information that was derived from the meeting was that even the Papago property had encumbrances that are simply not recorded. Attorney Torres argued that there should not be a property exchange on the eve of the auction and that the motion should be DENIED.

Court DENIED defendant's motion without prejudice.

After the Court DENIED the motion, Defendant Pangelinan stated that he would agree to submit to a deposition; but, that he was doing it under protest.

Attorney Torres that the defendant has never complied with the request for documents and financial records and therefore, the deposition cannot go forward until the defendant complies with the Order of the Court.

      Attorney Torres stated that the auction would go forward on the Papago property on July 28, 2006.

      Attorney Torres argued the motion for Permanent Injunction. John Pangelinan stated that they didn't have any standing to move for a permanent injunction.

      Court continued the temporary restraining order through July 31st and set a continued hearing on the Permanent Injunction to 2:00 p.m. on July 31, 2006.

      Adjourned 10:50 a.m.

K. Lynn Lemieux, Courtroom Deputy