```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                    JUL 2 0 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                      (Deputy Clerk)
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANGELITO TRINIDAD, et al., | ) | Civil Action No. 97-0073 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER AFTER HEARING |
| | ) | |
| JOHN S. PANGELINAN and, | ) | |
| MERCED B. PANGELINAN, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came before the court on July 19, 2006, for hearing of Plaintiffs' Motion for Permanent Injunction. Plaintiffs appeared by and through their attorney, Robert T. Torres; defendants appeared pro se.

Defendants' motion to exchange certain real property for the real property currently set to be auctioned July 28, 2006, was DENIED.

After hearing argument of the parties, the hearing on the motion for

permanent injunction was CONTINUED to July 31, 2006, at 2:00 p.m. The court ORDERED that the temporary restraining order shall remain in full force and effect pending issuance of an order after the July 31, 2006, hearing.

IT WAS SO ORDERED.

DATED this 20th day of July, 2006.

_____
DAVID A. WISEMAN
Judge