# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************************************

CV-97-0073                                                                 July 31, 2006
                                                                           2:05 p.m.

### ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:         Hon. David A. Wiseman, Designated Judge
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Courtroom Deputy
                 Lillian Tenorio, Attorney for Plaintiffs
                 Robert Torres, Attorney for Plaintiffs
                 John S. Pangelinan, Defendant

PROCEEDINGS:   MOTION for PERMANENT INJUNCTION

Attorneys Lillian Tenorio and Robert Torres were present representing the Plaintiffs and Judgment Creditors. Defendant, John Pangelinan was present.

Attorney Tenorio stated that there was a successful sale on the property that was auctioned on July 28, 2006. Attorney Tenorio further stated the need for a permanent injunction against John S. Pangelinan, so that there was no threat against the new purchaser of the land, and argued the motion.

Attorney Tenorio called Mr. John S. Pangelinan as witness:

**JOHN S. PANGELINAN**. DX.

During examination John S. Pangelinan claimed that the property belonged to his son, Christopher, and that they had no right to sell it and that he would **not be vacating** the property.

Attorney Torres called witness:

**ROY ALEXANDER**. DX. Ex. A. (Letter to the Editor); Attorney Torres moved to admit **Ex. A** into evidence; no objection, Court so ordered. Ex. B (Letter to the Editor); Attorney Torres moved to admit **Ex. B** into evidence; no objection, Court so ordered. CX by John S. Pangelinan. RDX. RCX.

Attorney Torres argued for a permanent injunction on John S. Pangelinan.

      John S. Pangelinan again stated that they had no right to sell the property and that he would not leave the property because it belongs to his son.

      Court, after hearing all testimony and argument, **GRANTED** the motion for permanent injunction.

      Attorney Torres moved to submit the $10,000, ten percent of the purchase price of the property, to the Clerk of Court. Court so ordered.

      Adjourned 2:55 p.m.


      /s/K. Lynn Lemieux, Courtroom Deputy