June 1, 2006

Dear Editor,

A public notice has been made in the newspapers that my land in Papago will be auctioned off this Friday, June 2, 2006, by a Roy E. Alexander. Lest anybody kissing his money goodbye and buying nothing, I wish to inform everyone that the sale tomorrow is invalid and whoever becomes a purchaser acquires nothing and instead buys himself a lawsuit. I presently live on it and will never yeild it to anyone come typhoon, tsunami, volcanic eruption or the devil himself, and whoever comes over and claims it will feel my wrath with a vengeance.

The sale is invalid because the district court that authorized the sale had no jurisdiction over the subject matter and over me in the case from which the authorization came from. Everything in and about that case is void. Void judgment and orders of a court may be freely ignored and disobeyed, which in may case I choose to.

I was imprisoned for some nineteen months for disobedience of an order of the court in the case and released when the people who put me there finally gave up. I now await a decision from a circuit judge of the U S Court of Appeals for the Ninth Circuit to whom I directed a petition for writ of habeas corpus for a determination of the illegality of my imprisonment. Right now I am drafting a huge lawsuit against all those responsible parties who put me in jail and against all those who injured or will injure me in my property relating to that case. Believe me, you would not want to be a party to it.

Thus, everyone is notified and informed.

Sincerely,


John S. Pangelinan



EXHIBIT A

Dear Editor,

This is an open letter to U.S. district court judge-designate David A. Wiseman, attorney Lillian A. Tenorio, Roy E. Alexander, and their stooges, cohorts, confederates and enforcers. This is not a threat. This is a warning. So take heed. None of you is above the law, nor incapable of breaking it.

There presently appears a combination, collusion and a conspiracy in the making that might deprive me of my liberty and, most assuredly, of my freedom of speech. Filed with the district court is a hastily drawn order by Wiseman, *sua sponte*, to show cause why I should not be sanctioned and/or be brought contempt proceedings against me for having exercised my freedom of speech, and, a belated motion by Tenorio for temporary and permanent injunctive relief against me for having exercised my freedom of speech... all based on Alexander's filed declaration of alleged resultant intimidation by me on invalid grounds, that he could not carry out Wiseman's order to sell my Papago land... all because of my exercise of my freedom of speech, which resulted in his cancellation of the scheduled sale. This solely had to do with my letter to you which was printed on your newspaper on June 2, 2006—also the date my land was to have been sold.

In my letter to you, I told the whole world that the district court's order of sale was invalid because the district court did not have jurisdiction over the subject matter and over me in the case wherefrom the sale order came, and that everything in and about that case was void— and, it still is void. I told the world that whoever should become a purchaser he would have bought himself nothing and instead bought himself a lawsuit. I also said that I would not yield my property to anyone who would be a purchaser and that if anyone who would come and claim it because he was a purchaser that I would breathe my wrath down on him with a vengeance. Well, I will reiterate what I said there, here—and, consider it reiterated.

For everyone's information, the sale is tentatively rescheduled to be held on July 28, 2006. The whole world is informed here that I am ready to brawl with any trespasser or usurper who would come in on my land, and so I urge everyone not to be a fool and kiss his money goodbye come that day. And, any injunction by the district court on this matter, and especially against my exercise of free speech or even anything having a chilling effect on my right to free speech, will, I guarantee you, be disregarded.

You know, it seems just incredible to me and a perverted twist of justice for all those involved against me, that the district court would permit a taking of an innocent buyer (a fool, if you will) his money and yet giving him nothing knowingly—is not that a fraud to you? The buyer, what recourse would he have against those who, should I say, have taken his money, and with him claiming ownership based on a quitclaim deed only? Is caveat emptor a defense to a seeming fraud? And with me telling the world all this, I am now to be required to shut up on threats of imprisonment in the catacombs of a federal gulag or in the dungeons of Stalag-5, Susupe in order to conceal the invalidity of the sale or what could be tantamount to a fraud, and when in actuality I am doing the would-be purchaser a favor? This is sheer perversion! Plain *loco*!



There is a face-off here. I am now warning the fellows, that if I should be deprived of my liberty by as much as an arrest to be present in court on the hearing date, which is tomorrow, in consequence of my exercise of free speech, or by execution of an arrest warrant because of a contempt proceeding is being brought against me as a consequence of my exercise of my freedom of speech, or be struck by a thunderbolt prompted by anything, or by any of what I just mentioned, having to do with my exercise of my freedom of speech and resulting in my loss of liberty, that, as surely as the sun will rise tomorrow, a criminal complaint by me will be filed in the district court against everyone warned here and involved. And, believe me, I will have everyone involved arrested and booked. No, it will not be a lawsuit for damages.

Everyone should be made to know that an injunction against, or arrest or imprisonment because of, one's exercise of freedom of speech is patently invalid for purposes of contempt of court, criminal or civil. And, because of invalidity, everyone is well-advised to read 18 U.S.C. §§241 & 242. Woe to the responsible ones if I be illegally deprived of my fundamental rights of liberty and free speech under color of law, federal or state. And yes, absolute judicial immunity is not a defense to criminal charges.

It is just shameful that the U.S. district court, an honored institution and bastion of justice, has been turned into a kangaroo court in my case. Because it is now occupied and used by people without authority in my case here, I have no respect for these people. And, yes, I will come down on them with full vengeance so that I can knock some sense into their heads and respect for freedom of speech, if I have to. Yes, all in the name of freedom of speech, in its defense—a priceless right I hold most dear, and for it to endure. This right is so fundamental that even criminals, deprived of their liberty, behind prison walls and bars have this right, too.

Thus, and to ensure its preservation, I exercise my free speech right, here, in defiance to a seeming conspiracy against me and looming imprisonment.

Sincerely,

John S. Pangelinan
Papago resident