FILED
Clerk
District Court

AUG - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN S. PANGELINAN, et al., <br><br> Defendants. | CIVIL ACTION NO. 97-0073 <br><br> **SUBMISSION OF BID DEPOSIT** |

Pursuant to the Court's Order from the bench on July 31, 2006, Lillian A. Tenorio, counsel for the Plaintiffs, hereby tenders a check for $10,000.00 from her Client Trust Account to the Clerk of the District Court. The $10,000.00 represents the amount received from Rufo T. Mafnas as 10% deposit of his winning bid of $100,000, at the sale of Lot No. E.A. 222 conducted by Roy Alexander on July 28, 2006.

Respectfully submitted this 1st day of August 2006.

_____
Lillian A. Tenorio