IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, ET AL.,       :   CIVIL ACTION   No. 97-0073
_____
        Plaintiffs(s)             :
            -v-
JOHN S. PANGELINAN, ET AL.,       :
_____
        Defendant(s)              :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __7th__ day of __August__, 2006 at __5:00 P.M.__, I personally served upon __JOHN S. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) __ORDER GRANTING MOTION FOR PERMANENT INJUNCTION__
_____ in the above-captioned matter.

Service was made as follows:
[X] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 25.00__

Dated, this __7th__ day of __August__, 2006.

_____
Rainaldo S. Agulto

Hearing date: _____