IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, ET AL.,                :     CIVIL ACTION   No. 97-0073
              Plaintiffs(s)                :
                   -v-                     :
JOHN S. PANGELINAN, ET AL.,                :
              Defendant(s)                 :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __7th__ day of __August__, 2006 at __5:00 P.M.__, I personally served upon __MERCED B. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____.
[X] Other (specify) __ORDER GRANTING MOTION FOR PERMANENT INJUNCTION__
_____ in the above-captioned matter.

Service was made as follows:
[ ] By delivering it to the aforesaid person.
[X] By delivering it at the aforesaid person's usual residence with __JOHN S. PANGELINAN (HUSBAND)__ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT DEFENDANTS RESIDENCE IN PAPAGO__

The charge for service is: __$ 25.00__

Dated, this __7th__ day of __August__, 2006.

                                        _____
                                        Rainaldo S. Agulto

Hearing date: _____