## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION NO. 97-003 |
| Plaintiffs, | **DECLARATION OF RUFO T. MAFNAS** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

I, RUFO T. MAFNAS, do hereby declare the following:

1. I am a United States citizen, and am over the age of 18.

2. I am the sole proprietor of Rufo T. Mafnas, CPA. My office is located on First Floor of the D'Torres Building in Garapan.

3. On August 3, 2006, John S. Pangelinan entered my office and delivered to my staff the attached letter from a Christopher B. Pangelinan concerning Lot No. E.A. 222. *See* Ex. "A."

4. After reading the contents of the letter, I faxed a copy to the Law Office of Robert T. Torres that same day.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 8th day of August 2006.

_____
Rufo T. Mafnas

August 3, 2006

TO RUFO T. MAFNAS, TO ALL, TO WHOM IT MAY CONCERN:

I claim the FEE SIMPLE title to the following described real property.

> LOT NO. E.A. 222, containing an area 96,905.0 square meters, more or less, as more particularly described on Drawing/Cadastral Plat Number 2043/80, the original of which was registered with the Land Registry as Document Number 10761, on the 18th day of September, 1980, located and situated in Papago, Saipan, Commonwealth of the Northern Mariana Islands

I took possession of the above described land on July 1, 2006, and since remain possessed of it. My parents, John S. Pangelinan and Merced B. Pangelinan, were with me during all this time, but only as permitees, licensees or invitees, and at best tenants at will. This includes their sub-permitees, sub-licensees and sub-invitees. Their possession was and is all the time from and for me, and will continue to be so. All the time, and especially on August 28, 2006, I was in actual possession of the said property, and claimed the fee simple title—nobody inquired of me of my fee simple title claim to the land.

Christopher B. Pangelinan

EXHIBIT "A"