Lillian A. Tenorio
Attorney at Law
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION NO. 97-0073 |
| Plaintiffs, | |
| vs. | NOTICE OF MOTION |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the _____ day of _____, 2006, at _____ am/pm, Plaintiffs shall move this court to issue an order to allow Plaintiffs to conduct discovery in relation to Christopher B. Pangelinan's claim to Lot No. E.A. 222, to stay the sale of Lot No. E.A. 222, and to request for sanctions against defendants.

This Notice of Motion is made pursuant to the Combined Motion for Leave to Conduct Discovery on Christopher B. Pangelinan's Claim to Lot No. E.A. 222, To Stay the Sale of Lot No. E.A. 222, and To Request for Sanctions filed contemporaneously herewith; the court's file in this case; and such exhibits and testimony as may be introduced at the hearing of this matter.

Respectfully submitted this 8th day of August, 2006.

_____
Lillian A. Tenorio
Attorney for Plaintiffs