Lillian Ada Tenorio
Attorney at Law
P.O. Box 501794 CK
Plata Drive, Chalan Kiya
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, ) | CIVIL ACTION NO. 97-73 |
| ) | |
| Plaintiffs, ) | PLAINTIFFS' REQUEST FOR |
| ) | EXPEDITED HEARING ON |
| ) | PLAINTIFFS' COMBINED |
| vs. ) | MOTION FOR LEAVE TO |
| ) | CONDUCT DISCOVERY |
| JOHN S. PANGELINAN, et al., ) | RELATING TO CHRISTOPHER |
| ) | B. PANGELINAN'S CLAIM, TO |
| Defendants. ) | STAY SALE OF LOT NO. EA 222, |
| ) | AND TO REQUEST FOR |
| _____ ) | SANCTIONS |

Plaintiffs, through counsel Lillian A. Tenorio, request this court to set an expedited hearing on their Combined Motion to Conduct Discovery Relating to Christopher B. Pangelinan's Claim to Lot No. E.A. 222, To Stay the Sale of Lot No. E.A. 222, and to Request for Sanctions, filed contemporaneously herewith on August 8, 2006, and is made pursuant to the court's file on this case; and such

exhibits and testimony as may be introduced at the hearing of this matter. The request for an expedited hearing is made in view of the exigent circumstances to pertaining to the pending sale of Lot No. E.A. 222, and the deposit of $10,0000 with the court made by Rufo T. Mafnas as payment toward the purchase of the lot. *See* Submission of Bid Deposit (August 1, 2006).

Respectfully submitted this 8th day of August, 2006.

_____
LILLIAN ADA TENORIO
Attorney for Plaintiffs

- 2 -