**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN S. PANGELINAN, et al., <br><br> Defendants. | **CIVIL ACTION NO. 97-0073** <br><br> **NOTICE OF SUPPLEMENTAL FILING - EXHIBIT "B" OF PLAINTIFFS' COMBINED MOTION TO CONDUCT DISCOVERY RELATING TO CHRISTOPHER PANGELINAN'S CLAIM, TO STAY SALE OF LOT NO. E.A. 222, AND REQUEST FOR SANCTIONS** |

Plaintiffs' counsel Lillian A. Tenorio files this Notice of Supplemental Filing of Exhibit "B" of Plaintiffs Combined Motion to Conduct Discovery Relating to Christopher B. Pangelinan's Claim, To Stay Sale of Lot No. E.A. 222, and Request for sanctions. Exhibit "B" comprises of the Deed of Gift executed by Merced B. Pangelinan and John S. Pangelinan on March 11, 2004, conveying their

1  interest on Lot No. E.A. 423 to their daughter Marji-Ann B. Pangelinan.  *See* Ex.
2  "B" attached hereto.  The exhibit was inadvertently excluded in the original filing
3  
4  of the motion and related documents made on August 8, 2006.
5        Dated this _____ day of August 2006.

                                                      _____
                                                      Lillian A. Tenorio
                                                      Attorney for Plaintiffs