FOR )           FILE NO. 04-072
RECORDATION )
PURPOSES )      '04 MAR 11 P4:00
ONLY )
                BOOK 12 PAGE 87
                COMMONWEALTH RECORDER

## DEED OF GIFT

KNOW ALL MEN BY THESE PRESENTS:

THAT I, JOHN S. PANGELINAN, for and in consideration of natural love and affection I bear unto my daughter, MARJI-ANN B. PANGELINAN, and for her livelihood, maintenance and sustenance, do hereby GIVE, REMISE, RELEASE and QUITCLAIM unto her, her heirs and assigns, forever, the following parcel of land:

> Part of E.A. 423: Beginnning at a corner designated as Corner No. 1, having a rectangular plance grid coordinates of North 51,409.08 meters and East 51,728.15 meters of the Mariana Islands Coordinate System of 1966;
>
> proceed N 04° 06' 59" E, 45.32 meters to Corner No. 2;
> thence  N 80° 34' 05" E, 69.00 meters to Corner No. 3;
> thence  S 00° 03' 48" E, 67.94 meters to Corner No. 4;
> thence  N 81° 30' 18" W, 76.46 meters to Corner No.1,
>
> the point of beginning, containing an area of 4,403.56 square meters, more or less, and is lying, situated and located in Rueda, Saipan, Commonwealth of the Northern Mariana Islands.

RESERVING THEREFROM a twenty feet easement on the southern portion for roadway and water, sewer, electrical, cable T.V., telephone and other utilities, which shall be appertenant to the remaing land not herein not conveyed.

TO HAVE AND TO HOLD the same, unto MARJI-ANN B. PANGELINAN, her heirs and assigns, forever.

IN WITNESS WHEREOF, I, JOHN S. PANGELINAN, have hereunto set my hand this 11th day of March, 2004.

WITNESS:

_____          _____
Merced B. Pangelinan              John S. Pangelinan

Page 1 of 2

EXHIBIT B

| | | |
|---|---|---|
| SAIPAN SENATORIAL DISTRICT | ) ss: | CERTIFICATE OF ACKNOWLEDGMENT |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS | ) ) ) | |

I, a Notary Public in and for the Commonwealth of the Northern Mariana Islands, hereby certify that on this 11th day of March, 2004, appeared personally before me, JOHN S. PANGELINAN, and acknowledged to me that he executed the foregoing Deed of Gift as his free and voluntary deed and act.

ANA T. CAMACHO
NOTARY PUBLIC
IN AND FOR THE COMMONWEALTH OF
THE NORTHERN MARIANA ISLANDS
My Commission expires: 3/20/05