FILED
Clerk
District Court

AUG - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | **ORDER GRANTING MOTION TO EXPEDITE HEARING AND ORDER SCHEDULING HEARING** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

For good cause shown, an expedited hearing on Plaintiffs' Combined Motion For Leave to Conduct Discovery Relating to Christopher B. Pangelinan's Claim To Stay Sale of Lot No. EA 222 and [Motion] for Sanctions, No. 558 (Aug. 8, 2006) shall be heard on Monday, August 14, 2006, at 4:30 p.m.

**IT IS SO ORDERED.**

**DATED** this 9 day of August, 2006.

_____
DAVID A. WISEMAN
Judge