**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ANGELITO TRINIDAD, et al, | CIVIL ACTION NO. 97-003 |
| Plaintiffs, | **DECLARATION OF LILLIAN A. TENORIO** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

I, LILLIAN A. TENORIO, do hereby declare the following:

1. I am a United States citizen, and am over the age of 18.

2. I am the principal am an attorney duly licensed to practice law in all courts of the Commonwealth of the Northern Mariana Islands. Together with Robert T. Torres, I represent the plaintiffs in this civil action. I make this Declaration from my personal knowledge, and if called to testify, I could

        and would do so on the basis of the facts and circumstances set forth herein.

3. On July 25, 2006, I spoke on the telephone with Francisco DLG. Aldan to inquire whether or not he had a lease on Lot No. E.A. 222.

4. Mr. Aldan stated to me that three years ago he executed a written lease with John S. Pangelinan for the southern portion of the lot comprising of approximately 4 hectares. The lease which purportedly ends in 2013 has an option to extend. Mr. Aldan also stated that he pays $200 monthly to Mr. Pangelinan. When asked about a copy of the lease, he said that he has no copy and acknowledges that it was not been recorded. He stated that the only known copy of the lease is with Mr. Pangelinan.

5. On August 9, 2006, I examined the logbook at the Commonwealth Recorder's Office. I found two entries recorded as File No. 06-1833 and File No. 06-1834 which were filed with the Recorder's Office on July 27, 2006. *See* Exs. "B" and "C" attached to Combined Motion for Order to Show Cause; Contempt of Court; and To Withdraw Combined Motion for Leave to Conduct Discovery Relating to Christopher B. Pangelinan's Claim, to Stay Sale of Lot No. EA 222, and to Request for Sanctions.

6. File No. 06-1833 is entitled "Quitclaim Deed" and File No. 06-1834 is styled as a "Confirmation Deed." Both documents were executed by John Pangelinan and pertain to the ownership of Lot No. E.A. 222.

- 2 -

7. I have also examined our office files in this matter and found no notice from either John S. Pangelinan or Merced B. Pangelinan that they were executing the foregoing deeds or that they were entering into a lease with Francisco Aldan.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 10th day of August 2006.

/s/
Lillian A. Tenorio

- 3 -