66-1837

FOR                    )
                       )
RECORDATION            )
                       )
PURPOSES               )                    JL 27  12:39
                       )                    P3  /147
ONLY                   )
_____)


## CONFIRMATION DEED

KNOW ALL MEN THESE PRESENTS:


## PREMISES

WHEREAS, I, JOHN S. PANGELINAN, executed and delivered, but not recorded, a Deed of Conveyance granting a life estate in the real property described below on the 3rd day of January, 1994, unto my son, CHRISTOPHER B. PANGELINAN, who was to have and to hold the properties therein conveyed for the life of his great-aunt, Rita D. Hawkey;

WHEREAS, my possessory interest in the below described real property is only as a tenant at will, with my possession presently for and by permit from my son, CHRISTOPHER B. PANGELINAN;

WHEREAS, as of July 1, 2006, I yielded possession and surrendered the below-described premises to him, and he has taken possession and is now presently in possession of the premises described below;

WHEREAS, it is my desire to impart constructive notice of my tenancy-at-will possessory claim to and to impart constructive notice of my son's claims to the below-described real property, in addition to the actual notice of his claim by his actual possession of the hereinbelow described real property, by the recordation of this Confirmation Deed, because of my son's original deed being in the State of Washington and cannot now be recorded;

NOW, THEREFORE, I, JOHN S. PANGELINAN, for and in consideration of the premises above, and in order to effectuate the intent of the premises above, do hereby confirm unto my son, CHRISTOPHER B. PANGELINAN, the life estate conveyed unto him by the said Deed of Conveyance in and to the following described real property:

1

LOT NO. E.A. 222, containing an area 96,905.0 square meters, more or less, as more particularly described on Drawing/Cadastral Plat Number 2043/80, the original of which was registered with the Land Registry as Document Number 10761, on the 18th day of September, 1980, located and situated in Papago, Saipan, Commonwealth of the Northern Mariana Islands

TO HAVE AND TO HOLD the same unto my son, CHRISTOPHER B. PANGELINAN, his successors and assigns, the life estate, *pur au vie* (for the life of his grant-aunt, Rita D. Hawkey) that was conveyed to him by that above-mentioned Deed of Conveyance from me, which was executed on the 3rd day of January, 1994.

IN WITNESS WHEREOF, I, JOHN S. PANGELINAN, have hereunto set my hand this 27th day of July, 2006.

JOHN S. PANGELINAN

### ACKNOWLEDGMENT

I CERTIFY that on this 27th day of July, 2006, appeared before me, a notary public in and for the Commonwealth of the Northern Mariana Islands, JOHN S. PANGELINAN, personally known to me, and executed the foregoing Confirmation Deed, freely and voluntarily.

Notary Public
My Commission Expire On:



VICENTE C. LIZAMA
P.O. BOX 501593
SAIPAN, MP 96950-1593
NOTARY PUBLIC
IN AND FOR THE COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS
MY COMMISSION
EXPIRES: 09-23-07

2