06-1833

13 /147

| FOR | ) |
| RECORDATION | ) |
| PURPOSES | ) |
| ONLY | ) |

## QUITCLAIM DEED

KNOW ALL MEN BY THESE PRESENT:

PREMISES

Whereas, my non-transferable possession of the below-described premises is, at best, as a tenancy-at-will by permit from my son, Christopher B. Pangelinan, who is presently in actual possession of the said lot (see, Confirmation Deed, recorded immediately prior herewith);

Whereas, there is a scheduled forced sale of my rights, title and interest in the below-described real property to be conducted on July 28, 2006, at the Alexander Realty & Development Office, Alexander Building Beach Road, San Jose, Saipan, Commonwealth of the Northern Mariana Islands;

Whereas, it is my desire to impart constructive notice of the type of possession I have unto the below-described real property, a non-transferable one at that;

Whereas, it is my desire, also, to impart constructive notice of the claims of my son, Christopher B. Pangelinan, and to remove any possibility of a claim of an acquired interest at the upcoming aforementioned sale, if there should be one, as pertains the possessory rights in and title to the below-described land, so as to clear any would-be claims against the estate of my son, Christopher B. Pangelinan, except maybe only from the one named hereunder;

NOW, THEREFORE, I, JOHN S. PANGELINAN, for and in consideration of the above premises, and in order to effectuate the intent of the said premises, do hereby remise, release and quitclaim, if any, and subject to the remainderman's estate in the said January 3, 1994, Deed of Conveyance, a life estate for the life of his great-aunt, Rita D. Hawkey,

in and to the following described real property unto my son, CARLO B. PANGELINAN, my fourth son (my ten year-old, seventh child) by my wife, Merced B. Pangelinan:

> LOT NO. E.A. 222, containing an area 96,905.0 square meters, more or less, as more particularly described on Drawing/Cadastral Plat Number 2043/80, the original of which was registered with the Land Registry as Document Number 10761, on the 18th day of September, 1980, located and situated in Papago, Saipan, Commonwealth of the Northern Mariana Islands

TO HAVE AND TO HOLD, subject to all the estate, rights, title and interest of his brother Christopher B. Pangelinan that were granted to him by that Deed of Conveyance dated January 3, 1994, the same unto my son, CARLO B. PANGELINAN, a life estate for the life of his great-aunt, Rita D. Hawkey.

IN WITNESS WHEREOF, I, JOHN S. PANGELINAN, have hereunto set my hand this 27th day of July, 2006.

_____
JOHN S. PANGELINAN

## ACKNOWLEDGMENT

I CERTIFY that on this 27th day of July, 2006, appeared before me, a notary public in and for the Commonwealth of the Northern Mariana Islands, JOHN S. PANGELINAN, personally known to me, and executed the foregoing Confirmation Deed, freely and voluntarily.

_____
Notary Public
My Commission Expire On:



VICENTE C. LIZAMA
P.O. BOX 501593
SAIPAN, MP 96950-1593
NOTARY PUBLIC
IN AND FOR THE COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS
MY COMMISSION EXPIRES: 09-23-07

2