**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN S. PANGELINAN, et al., <br><br> Defendants. | CIVIL ACTION NO. 97-0073 <br><br> **AMENDED NOTICE OF HEARING ON MOTION FOR AN ORDER TO SHOW CAUSE FOR CONTEMPT OF COURT** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on <u>September 7, 2006 at 8:30 a.m.</u>, the Honorable Judge David A. Wiseman will hear the Plaintiffs' Motion for an Order to Show Cause for Contempt of Court.

1  Dated this 10th day of August, 2006.

/s/
Lillian A. Tenorio, F0234
Attorney for Plaintiffs

- 2 -