FILED
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

AUG 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*********************************************************************************

CV-97-0073                                              August 14, 2006
                                                        5:00 p.m.


### ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al


PRESENT:        Hon. David A. Wiseman, Designated Judge
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Lillian Tenorio, Attorney for Plaintiffs
                Robert Torres, Attorney for Plaintiffs


PROCEEDINGS:    MOTION for LEAVE TO CONDUCT DISCOVERY

Attorneys Lillian Tenorio and Robert Torres were present representing the Plaintiffs and Judgment Creditors. Defendant, John Pangelinan was not present.

Attorney Torres argued the motion.

Court ordered that the Motion for Discovery was taken off calendar, the Motion for Stay was granted. Court set an Order to Show Cause hearing was set at 4:30 p.m. on August 23, 2006.

                                Adjourned 5:10 p.m.

                                /s/K. Lynn Lemieux, Courtroom Deputy