F I L E D
Clerk
District Court

AUG 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | **NOTICE OF ORDER:** |
| vs. | 1) GRANTING STAY OF SALE; |
| JOHN S. PANGELINAN, et al., | 2) TAKING MOTION FOR DISCOVERY OFF CALENDAR; |
| Defendant. | 3) STAYING THE MOTION FOR SANCTIONS; and |
| | 4) RESCHEDULING ORDER TO SHOW CAUSE |

**THIS MATTER** came before the court on Monday, August 14, 2006, for hearing of plaintiffs' motion to stay the sale of Lot No. E.A. 222, to depose Christopher B. Pangelinan regarding his claim to Lot No. E.A. 222, and for sanctions.

**THE COURT**, having considered the arguments of the parties,[1] **GRANTED** the motion to stay the sale of Lot No. E.A. 222 up until and including August 23, 2006. Considering that the pending motion for an order to show cause may resolve plaintiffs' motion for additional discovery

---

[1] Defendant Mercede Pangelinan did not oppose any of the motions. Defendant John Pangelinan submitted a written opposition to the motions but did not attend the hearing. Defendant Mr. Pangelinan indicated in his written brief that "Pangelinan submits this objection for the record but will not be present at the hearing. Pangelinan's presence would be fruitless because he knows that whatever the plaintiffs ask, they always get." Opposition to Plaintiffs' Motion For Leave to Conduct Discovery Relating to Christopher B. Pangelinan's Claim, To Stay Sale of Lot No. E.A. 222, and Request for Sanctions at 8, No. 564 (Aug. 14, 2006). Defendant Mr. Pangelinan continues to argue that "[t]his court has no jurisdiction over the subject matter and over the Pangelinans and that it proceeded here inconsistent with due process of law." *Id.*

1 | and request for sanctions, the court took the motion for discovery off calendar and stayed the motion
2 | for sanctions.
3 |     Furthermore, the court rescheduled the hearing for the order to show cause, originally
4 | scheduled for September 7, at 8:30 a.m., to **August 23, 2006, at 4:30 p.m.**
5 | **IT IS FURTHER ORDERED** that this order be personally served on defendant John S.
6 | Pangelinan and Mercede B. Pangelinan through the U.S. Marshals Service.
7 | **SO ORDERED.**
8 | **DATED** this 15th day of August, 2006.

                                                DAVID A. WISEMAN
                                                Judge