IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, ET AL.,           :   CIVIL ACTION No. 97-0073
          Plaintiffs(s)           :
           -v-                         :
JOHN S. PANGELINAN, ET AL.,          :
          Defendant(s)           :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __11th__ day of __August__, 2006 at __9:30 A.M.__, I personally served upon __JOHN S. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint
[ ] Order dated _____
[X] Other (specify) ORDER GRANTING MOTION, AMENDED NOTICE OF HEARING, NOTICE OF HEARING, MOTION FOR AN   in the above-captioned matter. ORDER TO SHOW CAUSE, PLAINTIFFS REQUEST FOR EXPEDITED HEARING, COMBINED MOTION, NOTICE OF SUPPLEMENTAL FILING

Service was made as follows:
[X] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: AT DEFENDANTS RESIDENCE IN PAPAGO

The charge for service is: $25.00

Dated, this __11th__ day of __August__, 2006.

_____
Rainaldo S. Agulto

Hearing date: __9/7/06__