# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************************************

CV-97-0073                                                                August 23, 2006
                                                                          5:05 p.m.

### ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al

PRESENT:        Hon. David A. Wiseman, Designated Judge
                Ellia Ciamechella, Law Clerk
                Sanae Shmull, Court Reporter
                Michelle C. Macaranas, Courtroom Deputy
                Lillian Tenorio, Attorney for Plaintiffs
                Robert Torres, Attorney for Plaintiffs

PROCEEDINGS:    MOTION for ORDER TO SHOW CAUSE

Attorneys Lillian Tenorio and Robert Torres were present representing the Plaintiffs. Defendant, John Pangelinan was not present.

Attorney Torres argued the motion. Attorney Torres provided the Court with a copy of a letter faxed from Mr. Aldan.

After all arguments, Court took the matter under advisement and that an order will issue.

                        Adjourned 5:25 p.m.

                        /s/ Michelle C. Macaranas, Courtroom Deputy