F I L E D
Clerk
District Court

SEP - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | **SUA SPONTE**<br>**ORDER TO SHOW CAUSE** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

In light of the exhibits attached to plaintiffs' Motion For An Order To Show Cause For Contempt of Court, No. 561 (Aug. 10, 2006), *pro se* defendants John S. Pangelinan and Mercede B. Pangelinan are **ORDERED** to appear Monday, **September 25, 2006, at 4:30 p.m.**, to show cause why the court should not find them in civil contempt for: (1) violating the court's Order Granting Motion For Temporary Restraining Order, No. 538 (June 29, 206), which was converted into a permanent injunction by the court's Order Granting Motion For Permanent Injunction, No. 553 (Aug. 2, 2006); and (2) violating the court's Amended Order Granting Writ of Execution, No. 502 (Mar. 8, 2006) (originally issued Jan. 27, 2006).

**IT IS SO ORDERED.**

**DATED** this 7th day of September, 2006.


_____/s/_____
DAVID A. WISEMAN
Judge