# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-97-0073                                                September 25, 2006
                                                          4:40 p.m.


### ANGELITO TRINIDAD, et al -vs- JOHN PANGELINAN, et al


PRESENT:      Hon. David A. Wiseman, Designated Judge
              Ellia Ciammaichella, Law Clerk
              Sanae Shmull, Court Reporter
              K. Lynn Lemieux, Courtroom Deputy
              Lillian Tenorio, Attorney for Plaintiffs
              Robert Torres, Attorney for Plaintiffs


PROCEEDINGS:   MOTION for ORDER TO SHOW CAUSE

Attorneys Lillian Tenorio and Robert Torres were present representing the Plaintiffs.  Defendant, John Pangelinan was not present.

Attorney Torres argued the motion and suggested to the Court that a bench warrant was in order.

After all arguments, Court ordered that a Bench Warrant be issued (and held in abeyance until 8:30 a.m. tomorrow morning).

                          Adjourned 4:45 p.m.

                          /s/ K. Lynn Lemieux, Courtroom Deputy