```
                                                           FILED
                                                           Clerk
                                                        District Court

                                                        SEP 2 8 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                        (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | NOTICE OF BENCH WARRANT AND NOTICE OF ORDER QUASHING BENCH WARRANT |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

On September 25, 2006, the court issued a bench warrant for John S. Pangelinan and Mercede B. Pangelinan, which was held in abeyance. On September 27, 2006, while John S. Pangelinan was in court for other matters, the court admonished Mr. Pangelinan that when the court orders him to appear in court, he must appear in court; filing a brief is not a sufficient alternative. The court noted that Mr. Pangelinan did violate the court's Order to Show Cause but, considering the circumstances, the court quashed the bench warrant for John S. Pangelinan and Mercede B. Pangelinan.

**IT WAS SO ORDERED.**

DATED this _____ day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　／s／ DAVID A. WISEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge