FILED
Clerk
District Court

SEP 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,

Plaintiff,

vs.

JOHN S. PANGELINAN, et al.,

Defendant.

Case No. CV-97-0073

**ORDER RESCHEDULING HEARING FOR SUA SPONTE ORDER TO SHOW CAUSE AS TO MERCEDE E. PANGELINAN**

In light of the exhibits attached to plaintiffs' Motion For An Order To Show Cause For Contempt of Court, No. 561 (Aug. 10, 2006), *pro se* defendant Mercede B. Pangelinan is **ORDERED** to appear **October 4, 2006, at 10:30 a.m.**, to show cause why the court should not find her in civil contempt for: (1) violating the court's Order Granting Motion For Temporary Restraining Order, No. 538 (June 29, 206), which was converted into a permanent injunction by the court's Order Granting Motion For Permanent Injunction, No. 553 (Aug. 2, 2006); and (2) violating the court's Amended Order Granting Writ of Execution, No. 502 (Mar. 8, 2006) (originally issued Jan. 27, 2006).

**IT IS FURTHER ORDERED** that the U.S. Marshals Service personally serve this order on defendant Mercede B. Pangelinan.

DATED this ___ day of September, 2006.

_____
DAVID A. WISEMAN
Judge