**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, | **CIVIL ACTION NO. 97-0073** |
| Plaintiffs, | |
| vs. | |
| | **CERTIFICATE OF SERVICE** |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

I certify that a copy of the Plaintiff's Response to Defendants' Response to the Sua Sponte Order to Show Cause was served on defendant Merced B. Pangelinan, and whose address is P.O. Box 501721, Saipan, MP 96950, by U.S. mail on September 29, 2006.

/s/
Lillian A. Tenorio
Attorney for Plaintiffs