F I L E D
Clerk
District Court

OCT - 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-97-0073                                          October 4, 2006
                                                    11:00 a.m.

### ANGELITO TRINIDAD, et al -vs- MERCEDE PANGELINAN

PRESENT:        Hon. David A. Wiseman, Designated Judge
                Ellia Ciammaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Lillian Tenorio, Attorney for Plaintiffs

PROCEEDINGS:   ORDER TO SHOW CAUSE

Attorneys Lillian Tenorio and Robert Torres were present representing the Plaintiffs. Defendant, Mercede Pangelinan, was present.

Mercede Pangelinan said that she was not involved in this case. It pertains only to her husband.

Court reminded her that she is involved in this case.

Attorney Lillian Tenorio requested the Court to remind her that she has a permanent injunction against her regarding the interference of sale of property. If she signs anything that would obstruct the sale of property then she would be found in contempt.

Court found the defendant in contempt of Court for violating the Court order and stated that a written ruling would be forthcoming.

Adjourned 11:05 a.m.

By: _____/s_____
K. Lynn Lemieux, Courtroom Deputy