**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, Herman Tejada and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | **CIVIL ACTION NO. 97-0073** |
| Plaintiffs, | |
| vs. | **SUBMISSION OF STATEMENT OF COSTS AND FEES** |
| **JOHN S. PANGELINAN, et al.,** | |
| Defendants | |

Pursuant to this court's Order Holding John S. Pangelinan in Civil Contempt of Court, Doc. No. 543, entered on October 23, 2006, the following costs and fees are submitted:

1. <u>Investigating the title of Lot No. E.A. 222</u>

    Commonwealth Recorder's copying fees...................... $ 2.00
    (Copies of Confirmation Deed and Quitclaim Deed)

|   |   |
|---|---|
| Attorney's Fees............................................................ | $37.50 |

(Reviewed Recorder's Office's logbook and document files)

2. <u>Investigating the Court's Sua Sponte Order to Show Cause</u>

|   |   |
|---|---|
| Photocopies................................................................. | $21.00 |

(Plaintiffs' reply to Defendants' Response to OSC)

|   |   |
|---|---|
| Administrative Service Fee (manual court filing)........ | $ 5.00 |

|   |   |
|---|---|
| Postage ........................................................................ | $  .78 |

(For mailing copy of Plaintiffs' Reply to John S. Pangelinan and Merced B. Pangelinan)

|   |   |
|---|---|
| Attorney's Fees............................................................ | $150.00 |

(Reviewed court's sua sponte OSC, reviewed defendants' Response to OSC, researched court's authority during post-judgment and execution proceedings, and fraudulent conveyances)

3. <u>Investigating and filing Motion to Stay Sale and Associated Costs</u>

|   |   |
|---|---|
| Service of process ....................................................... | $50.00 |

(Process fee for serving John S. Pangelinan and Merced B. Pangelinan)

|   |   |
|---|---|
| Photocopies.................................................................. | $45.00 |

(Motion and Exhibits)

|   |   |
|---|---|
| Administrative service fee............................................ | $ 5.00 |

(Efiling of Motion to Stay Sale)

|   |   |
|---|---|
| Attorney's Fees............................................................ | $150.00 |

(Drafting of Motion)

|   |   |
|---|---|
| TOTAL | $466.28 |

//

1   I am the attorney who claims these costs.  To the best of my knowledge and
2   belief this statement of costs and fees is correct and such costs were necessarily
3
4   incurred in investigating the title of Lot No. E.A. 222, in investigating the court's
5   sua sponte order to show cause, and in investigating and filing Plaintiffs' motion
6
7   to stay sale and associated costs in staying the sale.
8
9   Respectfully submitted on this _____ day of November 2006.
10
11                                        _____/s/_____
12                                        LILLIAN A. TENORIO
                                          Attorney for Plaintiffs
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    - 3 -