**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN S. PANGELINAN, et al., <br><br> Defendants. | **CIVIL ACTION NO. 97-0073** <br><br> **CERTIFICATE OF SERVICE** |

    I, Bernadita M. Alepuyo, a legal assistant, at the office of Lillian A. Tenorio, Attorney at Law, certify that I served a copy of the plaintiffs' Submission of Statement of Costs and Fees to defendant Merced B. Pangelinan by United States mail by enclosing the document in a sealed envelope with postage fully prepaid, depositing them at the United States Post office in Susupe, Saipan, CNMI, on November 6, 2006, and addressed as follows:  Merced B. Pangelinan,

PO 501721, Saipan, MP 96950.

I declare under penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands that the foregoing is true and correct.

Date: Nov. 8, 2006            _____/s/_____
                              Bernadita M. Alepuyo

- 2 -