**Lillian Tenorio**
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 501794
Saipan, MP 96950

Tel: (670) 234-7850
Fax. (670) 234-7855

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | Case No. CV-**97-0073** |
| **Plaintiff,** | |
| vs. | **DECLARATION OF SERVICE** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

     I, the undersigned, under the penalty of perjury, hereby declare and certify that I am over the age of 18 and that I personally served a true and correct copy of the **SUBMISSION OF STATEMENT OF COSTS AND FEES,** in the above-captioned matter**,** upon the Defendant John S. Pangelinan on November 6, 2006 at 4:20 pm and was received by Correction Office I, Mr. Leonard Ordonez at the following address.

Department of Corrections
Minimum Security Unit
Susupe,

Saipan, MP 96950

DATED this  8th  day of November, 2006.

_____/s/_____
SEMERINA M. SIMRAM