Lillian A. Tenorio
Attorney at Law
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

FILED
Clerk
District Court

NOV 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN S. PANGELINAN, et al., <br><br> Defendants. | CIVIL ACTION NO. 97-0073 <br><br> [PROPOSED] ORDER DECLARING THAT DOCUMENT NOS. 06-1832 AND 06-1833, AT THE COMMONWEALTH RECORDER'S OFFICE, ARE NULL AND VOID |

Pursuant to this court's Order Holding John S. Pangelinan in Civil Contempt of Court in Civil Action No. 97-0073, entered on October 23, 2006 (No 582), it is further ordered that notice shall be made with the Commonwealth Recorder's Office that:

1. The Confirmation Deed from John S. Pangelinan (as Grantor) to

1  Christopher B. Pangelinan (as Grantee) pertaining to Lot No. E.A. 222, located in
2  Saipan, CNMI, recorded and designated as **DOC. NO. 06-1832**, has been declared
3
4  by the court as **NULL and VOID**.
5
    2. The Quitclaim Deed from John S. Pangelinan (as Grantor) to Carlo B.
6
7  Pangelinan (as Grantee) pertaining to Lot No. E.A. 222, located in Saipan, CNMI,
8  recorded and designated as **DOC. NO. 06-1833**, has been declared by the court as
9  **NULL and VOID**.
10
11     3. Plaintiffs shall record a copy of this Order with the Commonwealth
12 Recorder's Office.
13
14
15 IT IS SO ORDERED this ___7___ day of November 2006.
16
17
18 _____
    HON. DAVID A. WISEMAN
19     Judge
20
21
22
23
24
25
26
27
28
    -2-