1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| ANGELITO TRINIDAD, et al, | CIVIL ACTION NO. 97-0073 |
|---|---|
| Plaintiffs, | REPORT AND ACCOUNT OF SALE |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

COMES NOW ROY E. ALEXANDER, pursuant to 7 CMC § 4204(a) and the authority vested in me by this Court in its Order of February 22, 2006 and pursuant to the Amended Order Granting Writ of Execution of March 8, 2006, and issues the following report to the Court:

EXHIBIT "B"

1. Pursuant to the Order issued dated February 22, 2006 in which this Court directed and authorized me to levy execution on Lot No. E.A. 222 to satisfy the balance on the judgment in the above-styled case, accrued interest, and additional costs and sanctions imposed by this court and after demand for payment execution or exhibit sufficient property to perform a public sale of Defendants' interest in property described as below:

> Lot No. EA No. 222, situated in Papago, Saipan, Commonwealth of Northern Mariana Islands containing an area of 96,905 square meters, more or less, as more particularly described on Drawing/Cadastral Plat No. 2043/80, the original of which was registered with Land Registry as Document No. 10761, on the 18th day of September 1980.

2. In accordance with the requirements under 7 CMC Section 4204(b), I caused a Notices of Sale to be filed and posted with the Clerk of Court, Superior Court of Saipan, Commonwealth of the Northern Mariana Islands and caused a Notices of Sale to be placed in the Marianas Variety on July 21 and 25, 2006 and in the Saipan Tribune on July 24 and 26, 2006 (copies attached).

3. On July 28, 2006, commencing 10:30 AM, I held the public sale at the Alexander Realty Office, Ground Floor, Alexander Building Beach Road, San Jose

Saipan MP 96950 for Lot No. EA No. 222 referred to above.

4. Four persons were present at the sale, John Pangelinan, Lillian Tenorio representing the plaintiffs Angelito Trinidad, Esperanza David, Ronnie Palermino, Herman Tejada and Tony Alovera; Bertha C. Leon Guerrero and Olivia D. Aniñon representing Rufo Mafnas averred that they were attending the sale to bid on the real property advertised.

5. No advance bids have been received.

6. The highest bid, made by Rufo Mafnas, is for $100,000.00

7. I auctioned the real property for the above amount as set-off bid.

8. I accepted the aforesaid offer as final bid.

9. I have the following costs:

    a. $406.00 for newspaper advertising of the Notices of Sale;

    b. $37.00 for recording fees;

    c. $20.00 for notarial fees;

    d. $1,417.50 as fees to myself for 18.90 hours of professional service to provide process serving, publication, conduct of public sale, and complete post-sale duties;

    e. These costs total $ 1,930.50

//

RESPECTFULLY SUBMITTED this  10th  day of November, 2006.

_____
**ROY E. ALEXANDER**, Levying Officer/Auctioneer
**ALEXANDER REALTY AND DEVELOPMENT**
P.O. Box 503709, Saipan, MP 96950
Tel. No. (670) 234-5117
Fax No. (670) 234-5118

- 4 -