1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **ANGELITO TRINIDAD, et al,** | **CIVIL ACTION NO. 97-0073** |
| **Plaintiffs,** | |
| **vs.** | **CERTIFICATE OF SALE** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

1.    On March 8, 2006, the Court entered Amended Order Granting Writ of Execution attached as Exhibit "1" to satisfy and pay in full the remaining balance on the merit judgment, accrued interest, attorney's fees, costs and sanctions. *See* Amended Order Granting Writ of Execution (March 8, 2006).

**EXHIBIT**
**"D"**

2.    On February 22, 2006, the Court issued an Order authorizing Roy Alexander to levy execution on Lot No. E.A. 222 to satisfy the balance on the judgment, accrued interest, and additional costs and sanctions by this court, after making demand of the defendants to pay the execution or exhibit property subject to execution. A true and correct copy of which is attached hereto, labeled as Exhibit "2" and incorporated herein by this reference, in which the undersigned was directed and authorized to sell the interest of Defendants' parcel of real property, to wit:

> Lot No. EA No. 222, situated in Papago, Saipan, Commonwealth of Northern Mariana Islands containing an area of 96,905 square meters, more or less, as more particularly described on Drawing/Cadastral Plat No. 2043/80, the original of which was registered with Land Registry as Document No. 10761, on the 18th day of September 1980.

3.    Pursuant to said Exhibits "1" and "2" commencing on July 20, 2006, I issued Notice of Sale of the interest of the real property described in the said Order and then auctioned the property at public sale. Lillian Tenorio representing the plaintiffs Angelito Trinidad, Esperanza David, Ronnie Palermino, and Tony Alovera placed a bid of $98,101.14 and Olivia D. Aniñon representing Rufo Mafnas placed a bid for $100,000.00.

4.    Rufo Mafnas is the winning bidder on Lot No. EA No. 222.

ACCORDINGLY, I HEREBY CERTIFY that for and in consideration of the sum of $100,000, for Lot No. E.A. 222, as the fully appointed levying officer/auctioneer, I have granted, bargained and sold, and do hereby convey to Rufo T. Mafnas, and his heirs and assigns a fee simple interest in and to Lot No. E.A. 222.

Pursuant to the order of this court approving the sale of the above-described property for the amount set forth, the undersigned executes this Certificate of Sale.

Respectfully submitted this _____ day of November, 2006.


_____

ROY E. ALEXANDER

**COMMONWEALTH OF THE**      )
**NORTHERN MARIANA ISLANDS**  )   **ss: ACKNOWLEDGMENT**
**SAIPAN**                        )

On this ___ day of November, 2006, before me, a Notary Public in and for the Commonwealth of the Northern Mariana Islands, personally appeared, ROY E. ALEXANDER, to me personally known to be the identical person whose name is subscribed above on the foregoing Certificate of Sale and who acknowledged the execution of the same to be of his own free will and voluntary act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above-written.

                               _____
                                 Notary Public