**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | **CIVIL ACTION NO. 97-0073** |
| **Plaintiffs,** | |
| **vs.** | **NOTICE OF MOTION** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **14th day of December 2006 at 9 a.m.**, Plaintiffs shall move this court to issue an order lifting the stay order and confirming the sale of Lot No. E.A. 222 in fee simple to Rufo T. Mafnas.

//

Respectfully submitted this 13th day of November 2006.

_____/s/_____
LILLIAN ADA TENORIO
Attorney for Plaintiffs