FILED
Clerk
District Court

NOV 15 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY AND TAKING MOTION TO LIFT STAY OFF CALENDAR |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

This matter came before the court on November 13, 2006 on plaintiff's written motion to lift the stay of the sale. Because the stay of the sale exhausted on August 24, 2006, Order of August 15, 2006, No. 566 (Aug. 15, 2006), the issue is moot. Accordingly, the motion to lift the stay is **DENIED** and is hereby taken off calendar.

IT IS SO ORDERED.

DATED this 15 day of November, 2006.

_____
DAVID A. WISEMAN
Judge