1  **Lillian Tenorio**
   **Attorney at Law**
2  Plata Drive,
   Chalan Kiya
3  P.O. Box 501794
   Saipan, MP 96950
4
   Tel: (670) 234-7850
5  Fax. (670) 234-7855

6  Attorney for Plaintiff

7

8  **IN THE UNITED STATES DISTRICT COURT FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

9

10 **ANGELITO TRINIDAD, et al.,**              **Case No. CV-97-0073**

11     **Plaintiff,**

12     **vs.**                                  **DECLARATION OF SERVICE**

13 **JOHN S. PANGELINAN, et al.,**

14     **Defendants.**

15

16

17

18  I, the undersigned, under the penalty of perjury, hereby declare and certify

19 that I am over the age of 18 and that I personally served a true and correct copy of the

20 following document, **PLAINTIFFS' COMBINED MOTION TO LIFT STAY**

21 **ORDER AND TO CONFIRM SALE OF LOT NO. 222, et al., (PROPOSED)**

22 **ORDER GRANTING MOTION TO LIFT STAY ORDER AND TO CONFIRM**

23 **SALE OF LOT NO. E.A.222, AND NOTICE OF MOTION, E-FILED AND**

24 **E-MAIL on November 13, 2006, at the Federal District Court**, upon the Defendant

25 John S. Pangelinan on November 16, 2006 at 9:46 a.m. and was received by Correction Office II Esteven Tenorio at the following address.

Department of Corrections
Minimum Security Unit
Susupe,
Saipan, MP 96950

DATED this  16th  day of November, 2006.

_____/s/_____
Bernadita  M. Alepuyo