**Lillian Tenorio**
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 501794
Saipan, MP 96950

Tel: (670) 234-7850
Fax. (670) 234-7855

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | **Case No. CV-97-0073** |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| **JOHN S. PANGELINAN, et al.,** | |
| Defendants. | |

    I, the undersigned, under the penalty of perjury, hereby declare and certify that I am over the age of 18 and that I personally served thru Certify Mail true and correct copies of the following document, **PLAINTIFFS' COMBINED MOTION TO LIFT STAY ORDER AND TO CONFIRM SALE OF LOT NO. 222, et al., (PROPOSED) ORDER GRANTING MOTION TO LIFT STAY ORDER AND TO CONFIRM SALE OF LOT NO. E.A.222., AND NOTICE OF MOTION, filed on November 13, 2006, at the Federal District Court**, upon the Defendant Merced B. Pangelinan on November 14, 2006 at the following address:

Merced B. Panelinan

P.O. Box 501721, Saipan MP  96950.

See attached copy of  of Certificate of Service from U.S. Postal Office.

DATED this  24   day of November,  2006.

                                                                                /s/  
                                                   **Bernadita M. Alepuyo**