**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,**  Plaintiffs,  vs.  **JOHN S. PANGELINAN, et al.,**  Defendants. | **CIVIL ACTION NO. 97-0073**  **DECLARATION OF LILLIAN A. TENORIO**  Date:  Time:  Judge: D avid A. Wiseman |

I, LILLIAN ADA TENORIO, do hereby declare the following:

1. I am a United States citizen, and am over the age of 18.

2. I am an attorney duly licensed to practice law in all courts of the Commonwealth of the Northern Mariana Islands. I represent the plaintiffs in this civil action. I make this Declaration from my personal knowledge, and if called to testify, I could and would do so on the basis of the facts and circumstances set

1  forth herein.

2      3.    I am requesting the court to shorten time to hear the Combined
3
4  Motion to Vacate Writ of Attachment and Direct Rental Payments to Plaintiffs'
5  Counsel on December 14, 2006, at 9 am, together with the earlier Motion to
6
7  Confirm Sale of Real Property (Lot No. E.A. 222)

8      4.    The motion simply follows this Court's prior orders entered after the
9  Writ of Attachment was issued on July 11, 2000: (1) Order Confirming Sale of Fee
10
11  Simple Determinable Estates in Four Parcels of Real Property (July 13, 2000), and
12  (2) Notice of Order Denying Defendants' Motion for An Accounting and Granting
13  Plaintiffs' Motion for Sanctions (Jan. 8, 2004).
14
15      5.    Since the Plaintiffs now own a fee simple determinable estate of 55
16  years in Lot No. 014-D-03 along with the three other parcels, they are entitled to
17  all the income derived from the parcel for that period.  In fact, Plaintiffs receive the
18
19  from the rental of the lot by way of lead attorney Robert T. Torres, through the
20  Clerk of Court.  In other words, the Writ of Attachment is no longer necessary and
21  should be vacated.
22
23      6.    The facts pertaining to this motion are basically legal facts which are
24  undisputed and clearly set forth in this court's prior orders.  Entertaining the
25  motion on shorten time on December 14, 2006, should not be prejudicial to the
26
27  defendants for the reasons stated above.

28

1 | I declare under penalty of perjury that the foregoing is true and correct to the best
2 | of my knowledge.
3 |
4 |     Signed this 24th day of November, 2006.

                                                       /s/
                                       Lillian Ada Tenorio
                                       Attorney for Plaintiffs