**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | **CIVIL ACTION NO. 97-0073** |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' COMBINED MOTION TO VACATE WRIT WRIT OF ATTACHMENT AND DIRECT RENTAL PAYMENTS TO PLAINTIFFS' COUNSEL** |
| vs. | |
| **JOHN S. PANGELINAN, et al.,** | |
| Defendants. | |

**ORDER**

Upon consideration of the Plaintiffs' Motion to Shorten Time to Hear their Combined Motion to Vacate Writ of Attachment and Direct Rental Payments to Plaintiffs' Counsel ("Combined Motion"), and with good cause appearing, it is hereby ordered that the Combined Motion shall be heard on December 14, 2006, at 9 am, together with their earlier Motion to Confirm Sale of Real Property (Lot No.

1  E.A. 222).

    IT IS SO ORDERED.

    DATED this _____ day of November 2006.

                                      _____
                                      DAVID A. WISEMAN
                                              Judge