**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION NO. 97-0073 |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER GRANTING PLAINTIFFS' COMBINED MOTION TO VACATE WRIT OF ATTACHMENT AND DIRECT RENTAL PAYMENTS TO PLAINTIFFS' COUNSEL |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

## ORDER

Upon consideration of the Plaintiffs' Combined Motion to Vacate Writ of Attachment and Direct Rental Payments to Plaintiffs' Counsel, and with good cause appearing, it is hereby ordered that the Writ of Attachment entered on July 11, 2000, is hereby vacated. It is further ordered that lessee Marianas Seaside Development Corporation, or its successors or assigns, shall direct rental payments

1  on Lot No. 014-D-3, to Plaintiffs' lead counsel by tendering the monthly payments
2
3  beginning January 1, 2008 and thereafter, to the office of Robert T. Torres,
4  Attorney at Law, Plata Drive, Whispering Palms (Chalan Kiya), PO Box 503758,
5  Saipan, MP 96950.
6
      IT IS SO ORDERED.
7
      DATED this _____ day of December 2006.
8
9
10
11                                            _____
12                                               DAVID A. WISEMAN
                                                    Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28