**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION NO. 97-0073 |
| Plaintiffs, | |
| vs. | **NOTICE OF MOTION** |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the **14th day of December 2006, at 9:00 am**. Plaintiffs shall move this court to issue an order to vacate the Writ of Attachment entered on July 11, 2000, and to direct all rental payments to Plaintiffs' lead counsel.

This Notice of Motion is made pursuant to the Plaintiffs' Combined Motion

to Vacate Writ of Attachment and Direct Rental Payments to Plaintiffs' Counsel and Motion to Shorten Time.

Respectfully submitted this 24th day of November 2006.

                                                                /s/
                                      Lillian A. Tenorio
                                      Attorney for Plaintiffs