FILED
Clerk
District Court

NOV 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, et al.,

Plaintiff,

vs.

JOHN S. PANGELINAN, et al.,

Defendant.

Case No. CV-97-0073

**ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' COMBINED MOTION TO VACATE WRIT OF ATTACHMENT AND RESCHEDULING MOTION TO CONFIRM SALE**

This matter came before the court on November 24, 2006 on plaintiff's written motion to shorten time to hear their motions to vacate the court's writ of attachment and direct rental payments to plaintiffs' counsel.

With good cause appearing, **IT IS HEREBY ORDERED** that the plaintiffs' motions to vacate writ of attachment and direct rental payments to plaintiffs' counsel shall be heard on December 13, 2006, at 10:00 a.m.

**IT IS FURTHER ORDERED** that the hearing for plaintiffs' motion to confirm sale originally scheduled for December 14, 2006, at 9:00 a.m. be rescheduled for December 13, 2006, at 10:00 a.m.

IT IS SO ORDERED.

DATED this 27 day of November, 2006.

DAVID A. WISEMAN
Judge