IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, ET AL., : CIVIL ACTION No. 97-0073
        Plaintiffs(s) :
JOHN S. PANGELINAN, ET AL., :
        Defendant(s) :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __30th__ day of __NOVEMBER__, at __9:30 p.m.__, I personally served upon __MERCED B. PANGELINAN__, a true and correct copy of the:

[ ] Summons and Complaint
[X] Order dated __11/27/06__.
[X] Other (specify) COMBINED MOTION TO VACATE WRIT OF ATTACHMENT AND DIRECT RENTAL PAYMENTS TO PLAINTIFFS in the above-captioned matter. COUNCEL AND MOTION TO SHORTEN TIME  ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS COMBINED MOTION TO VACATE WRIT

Service was made as follows: OF ATTACHMENT AND RESCHEDULING MOTION TO CONFIRM SALE
[X] By delivering it to the aforesaid person.
[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.
[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: AT DEFENDANTS RESIDENCE IN PAPAGO

The charge for service is: $ 25.00

Dated, this __30th__ day of __NOVEMBER__, 2006

_Rainaldo S. Agulto_
Rainaldo S. Agulto

Hearing date: __12/13/06__