1  **Lillian A. Tenorio**
2  **Attorney at Law**
   P.O. Box 501794
3  Saipan, MP 96950

4  Tel.: 234-7850
   Fax: 234-7855
5

6  Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera
7

8

9
                    **IN THE UNITED STATES DISTRICT COURT**
10                              **FOR THE**
                    **DISTRICT OF THE NORTHERN MARIANA ISLANDS**
11

12

13  | **ANGELITO TRINIDAD, et al.,** | **CIVIL ACTION NO. 97-0073** |
    |---|---|
14  | **Plaintiffs,** | |
15  | | **DECLARATION OF** |
16  | **vs.** | **SERVICE** |
17  | **JOHN S. PANGELINAN, et al.,** | |
18  | **Defendants.** | |

19

20

21
          I, the undersigned, hereby declare, under the penalty of perjury, that I served
22

23  a true and correct copy of the **COMBINED MOTION TO VACATE WRIT OF**

24  **ATTACHMENT AND DIRECT RENTAL PAYMENTS TO PLAINTIFFS'**

25
    **COUNSEL *and* MOTION TO SHORTEN TIME** and **ORDER GRANTING**
26

27  **MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' COMBINED**

28  **MOTION TO VACATE WRIT OF ATTACHMENT AND RESCHEDULING**

1  **MOTION TO CONFIRM SALE** upon Defendant John S. Pangelinan on

November 29, 2006 at the following address:

John S. Pangelinan
Department of Corrections
Susupe
Saipan, MP 96950

Dated this 30th day of November, 2006.

   /s/
NICOLE DLG. BENJAMIN