**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | **CIVIL ACTION NO. 97-0073** |
| Plaintiffs, | |
| vs. | **DECLARATION OF SERVICE** |
| **JOHN S. PANGELINAN, et al.,** | |
| Defendants. | |

I, the undersigned, hereby declare, under the penalty of perjury, that I served a true and correct copy of the **COMBINED MOTION TO VACATE WRIT OF ATTACHMENT AND DIRECT RENTAL PAYMENTS TO PLAINTIFFS' COUNSEL *and* MOTION TO SHORTEN TIME** and **ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' COMBINED MOTION TO VACATE WRIT OF ATTACHMENT AND RESCHEDULING**

**MOTION TO CONFIRM SALE** upon Defendant John S. Pangelinan on November 29, 2006 at the following address:

>John S. Pangelinan
>Department of Corrections
>Susupe
>Saipan, MP 96950

Dated this 30th day of November, 2006.

_____/s/_____
NICOLE DLG. BENJAMIN