F I L E D
Clerk
District Court

NOV 3 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | **ORDER APPROVING AMOUNT OF SANCTION** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

**THE COURT**, having received plaintiffs' Submission of Statement of Costs and Fees, No. 583 (Nov. 6, 2006), and finding the costs and fees submitted to be reasonable and just, **SANCTIONS** defendant John S. Pangelinan in the amount of $466.28 for civil contempt of court. *See* Order Holding John S. Pangelinan in Civil Contempt of Court, No. 582 (Oct. 23, 2006).

**IT IS SO ORDERED.**

**DATED** this _30_ day of November, 2006.

DAVID A. WISEMAN
Judge