IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN S. PANGELINAN, et al.,<br><br>Defendant. | Case No. CV-97-0073<br><br>**ORDER RESCHEDULING HEARING** |

Due to the trial now in progress, **IT IS HEREBY ORDERED** that the hearing for plaintiffs' motions to vacate and to confirm sale originally scheduled for December 13, 2006, at 10:00 a.m., shall be rescheduled for **11:30 a.m.** on the same date.

**IT IS SO ORDERED.**

**DATED** this 13th day of December, 2006.

_____/s/_____
DAVID A. WISEMAN
Judge