IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN S. PANGELINAN, et al.,<br><br>Defendant. | Case No. CV-97-0073<br><br>**ORDER TAKING HEARING OFF CALENDAR** |

The court, having considered the written arguments of the moving plaintiffs and having received no opposition, finds that a hearing is unnecessary. Accordingly, the hearing on December 13, 2006, at 11:30 a.m., is hereby taken off calendar. An order addressing the motions will be forthcoming.

**IT IS SO ORDERED.**

**DATED** this 13th day of December, 2006.

_____/s/_____
DAVID A. WISEMAN
Judge