```
                                                    F I L E D
                                                      Clerk
                                                   District Court

                                                   DEC 1 8 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                       (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | CIVIL ACTION NO. 97-0073 |
| Plaintiff, vs. | ORDER GRANTING PLAINTIFFS' MOTIONS TO VACATE WRIT OF ATTACHMENT AND DIRECT RENTAL PAYMENTS TO PLAINTIFFS' COUNSEL |
| JOHN S. PANGELINAN, et al., Defendant. | |

Upon consideration of the Plaintiffs' Combined Motion to Vacate Writ of Attachment and Direct Rental Payments to Plaintiffs' Counsel, No. 593 (Nov. 24, 2006), and with good cause appearing, it is hereby ordered that the Writ of Attachment entered on July 11, 2000, shall be vacated.[1] It is further ordered that lessee Marianas Seaside Development Corporation, or its successors or assigns, shall direct rental payments on Lot No. 014-D-3, to Plaintiffs' lead counsel by rendering the monthly payments beginning January 1, 2008 and thereafter, to the office of Robert T. Torres, Attorney at Law, Plata Drive, Whispering Palms (Chalan Kiya), PO Box 503758, Saipan, MP 96950.

IT IS SO ORDERED.

DATED this _18_ day of December 2006.

DAVID A. WISEMAN
Judge

---

[1] The court, having received no opposition to the motion, deemed that a hearing was not necessary. Accordingly, the hearing for this motion was taken off calendar. *See* Order Taking Hearing Off Calendar, No. 601 (Dec. 13, 2006).