COPY of
Original Filed
on this date

MAY #1 5 2006

Clerk
District Court
For The Northern Mariana Islands

1
2
3
4
5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

6
7
8

| | |
|---|---|
| ANGELITO TRINIDAD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN S. PANGELINAN, et al.,<br><br>Defendants. | CIVIL ACTION NO. 97-0073<br><br>**DEMAND PURSUANT TO<br>7 CMC § 4204(a); NOTICE OF<br>LEVY ON LOT NO. E.A. 222** |

9
10
11
12
13
14
15
16
17

**To: John S. Pangelinan, Merced Pangelinan, and Papa's Ltd, Inc.:**

18

On January 27, 2006, the above court issued an Order Granting Writ of

19

Execution against Lot No. E.A. 222, which was amended by the court on March 8,

20

2006. (See attached Amended Order Granting Writ of Execution). On February

21

22, 2006, the court issued a procedural Order Authorizing Roy Alexander to Levy

22

Execution on Lot No. E.A. 222. (See attached Order Authorizing Roy Alexander

23

to Levy Execution).

24

Pursuant to the court's procedural order and 7 CMC § 4204(a), I am

25
26
27

**EXHIBIT
"2"**

26

required to demand of you, prior to the sale of Lot No. E.A. 222, the full payment

of the execution or to exhibit sufficient property, other than Lot No. E.A. 222,

subject to execution.

Accordingly, I hereby demand that you pay in full the following amount, or

exhibit other property subject to execution:

1. Deficiency judgment, accrued interest up to

March 15, 2006, attorney's fees and costs

(including sanctions)..............................................................$96,737.64

You must deliver payment of the remaining balance of the judgment,

interest and attorney's fees, costs and expenses thereof, or exhibit sufficient

property subject to execution within 15 days from the date you receive this

Demand of Payment/Exhibit of Sufficient Property; Notice of Levy.

Full payment or exhibit of sufficient property subject to execution must be

delivered on or before 5 p.m., on the last day of the 15-day period, to the Office of

Lillian A. Tenorio, Attorney at Law, Plata Drive, Chalan Kiya, Saipan, MP 96950.

If you fail to meet this demand of payment or to exhibit sufficient property

subject to execution by said period, I will levy execution on Lot No. E.A. 222 and

proceed with the sale of said parcel in accordance with law.

1    Dated this 21 day of March, 2006.

2

3

4    _____

     Roy Alexander

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27