**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | **CIVIL ACTION NO. 97-0073** |
| Plaintiffs, | **EX PARTE MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' EX PARTE MOTION FOR DISBURSEMENT OF FUNDS** |
| vs. | |
| **JOHN S. PANGELINAN, et al.,** | |
| Defendants. | Date: Jan. ___, 2007<br>Time: _____<br>Judge: Hon. David A. Wiseman |

## MOTION

Plaintiffs through counsel hereby move ex parte the Court to shorten time to hear their Ex Parte Motion for Disbursement of Funds. The funds are from the proceeds of the judicial sale of Lot No. EA 222, as ordered by this Court to satisfy the balance on the merit judgment, accrued interest, costs, and sanctions. Those funds have been paid in full by the purchaser of the property and are presently in

the custody of the Clerk of Court and available for disbursement as set forth in the Motion.  This motion is essentially a procedural one to which Plaintiffs are entitled under the Court's Amended Order Granting Writ of Execution and under statute and shortening time to hear it will not be prejudicial to defendants.  *See* Amended Order Granting Writ of Execution (Mar. 8, 2007);  7 CMC § 4204(c).

Respectfully submitted on 23rd of January 2007.

                                                              _____/S/_____
Lillian A. Tenorio, Attorney for Plaintiffs