**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,**  Plaintiffs,  vs.  **JOHN S. PANGELINAN, et al.,**  Defendants. | CIVIL ACTION NO. 97-0073  [PROPOSED] ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' EX PARTE MOTION FOR DISBURSEMENT OF FUNDS |

## ORDER

Upon consideration of the Plaintiffs' Ex Parte Motion to Shorten Time to Hear their Ex Parte Motion for Disbursement of Funds, and with good cause appearing, it is hereby ordered that the Ex Parte Motion for Disbursement of Funds shall be heard on January _____, 2007, at 9 am.

//

1  IT IS SO ORDERED.

2  DATED this _____ day of January 2007.

3

4

5
                                                    _____
6                                                   DAVID A. WISEMAN
                                                              Judge
7