ORIGINAL

AO 82
(Rev. 08/01)

**COPY**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
DISTRICT OF THE NORTHERN MARIANA ISLANDS

**08447**

RECEIVED FROM: Alexander Realty Trust Account
P.O. Box 3709
Saipan, MP 96950

| CASE NUMBER OR OTHER REFERENCE | ACCOUNT | AMOUNT |
|---|---|---|
| CV-97-0073 | 6855X | 90,000.00 |

FUND
6855   * Deposit Funds
         Registry Funds
086900   Filing Fees
322350   Copy Fees
322360   Miscellaneous Fees
092037   Noticing Fees
143500   Interest Deposits to U.S.
323800   Recovery – Court Costs
504100   Crime Victims Fund
507310   U.S. Trustee System Fund
106000   Forfeitures of Unclaimed Monies

**TOTAL   90,000.00**

* Last two digits same as last two digits of DO symbol

Deposit recieved from Alexander Realty pursuant to December 18, 2006 Order granting motion to Confirm Sale of Lot No. E.A. 222

Check and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | CASH | CHECK | M.O. | CREDIT | DEPUTY CLERK |
|---|---|---|---|---|---|
| 1/3/07 |  | ✓ |  |  | MEN |

#1414 (BoH)

**EXHIBIT "A"**