```
FILE NO: 07-009
Date: 1/03/07   Time: 11:25
Book: 14   Page: 1
_____
Commonwealth Recorder
```

(Above Space for Recording Purposes Only)

## QUITCLAIM DEED

This QUITCLAIM DEED, made this 22nd day of December, 2006, by **Roy E. Alexander** as empowered and authorized by the United States District Court for the District of the Northern Mariana Islands in its Order to Levy Execution issued in Civil Action No. 97-0073 on February 22, 2006 and filed in the District Court on February 22, 2006 attached hereto as exhibit "A" and its Order Granting Motion to Confirm Sale of Lot No. E.A. 222 issued in Civil Action No. 97-0073 on December 18, 2006 and filed in the District Court on December 18, 2006 attached hereto as exhibit "B".

### WITNESSETH

That **Roy E. Alexander**, in consideration of **One Hundred Thousand US Dollars ($100,000.00)**, receipt of which is hereby acknowledged, does by these presents CONVEY, TRANSFER, GRANT, RELEASE AND FOREVER QUITCLAIM unto **Rufo Mafnas** of Garapan, Saipan MP 96950, his heirs, successors and assigns, all of the interest, title, ownership, claims and demands of **John Pangelinan** in and to parcel of real property located on the Island of Saipan, Commonwealth of the Northern Mariana Islands, and more particularly described as follows:

Lot No. EA No. 222, situated in Papago, Saipan, Commonwealth of Northern Mariana Islands containing an area of 96,905 square meters, more or less, as more particularly described on Drawing/Cadastral Plat No. 2043/80, the original of which was registered with Land Registry as Document No. 10761, on the 18th day of September 1980.

TO HAVE AND TO HOLD, all and singular the premises, together with the buildings and improvements erected thereon, situated and lying as well as all tenements, hereditaments, improvements and appurtenances thereunto belonging, or in any way appertaining, and the rents, issues and profits thereof unto **Rufo Mafnas**, and his heirs, successors and assigns forever.

IN WITNESS WHEREOF, _Roy E. Alexander_ has signed as of the date first above written.

_____
Roy E. Alexander


EXHIBIT "C"

Commonwealth of the Northern )
Mariana Islands ) s.s.
Island of Saipan )

On this 22nd day of December, 2006, before me, a Notary Public in and for the Northern Mariana Islands personally appeared **Roy E. Alexander**, known to me to be the same person whose name is subscribed to the foregoing Quitclaim Deed and also known to me to be the person authorized by the Superior Court of the Commonwealth of the Northern Mariana Islands to execute this Quitclaim Deed and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year last written above.

_____
Notary Public

Maria Rita A. Maravilla
NOTARY PUBLIC
IN AND FOR THE COMMONWEALTH OF
THE NORTHERN MARIANA ISLANDS
My Commission expires: 08-26-2007