**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al,** | **CIVIL ACTION NO. 97-0073** |
| **Plaintiffs,** | |
| vs. | **[PROPOSED] ORDER GRANTING MOTION FOR DISBURSEMENT OF FUNDS** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

## ORDER

This matter came before the Court on January \_\_\_\_, 2007, at 9 am for a hearing on Plaintiffs' Ex Parte Motion for Disbursement of Funds.

Based on the arguments of counsel and evidence adduced at the hearing, the Court hereby grants the Motion for Disbursement of Funds.

IT IS HEREBY ORDERED that the Clerk of Court shall disburse and issue

payments of the funds held in its custody constituting the purchase price of $100,000, of Lot No. E.A. 222, as follows:

(1) the sum of $96,737.64, to the Plaintiffs, payable to Robert T. Torres, Attorney at Law Client Trust Account, to pay the balance on the merit judgment, accrued interest, attorney's fees, costs, and sanctions (excluding the sanctions awarded in the court's October 23, 2006 Order).

(2) the sum of $466.28 to the Plaintiffs, payable to Robert T. Torres Attorney at Law Client Trust Account, for sanctions awarded in the court's Order Approving Amount of Sanction entered on November 30, 2006.[1]

(3) the sum of $630 to the Plaintiffs, payable to Robert T. Torres Attorney at Law Client Trust Account, for reimbursement of fees paid to the United States Marshals Service for services performed in connection with securing the property and turning over possession to the purchaser.

(4) the sum of $1,930.50 to payable to Roy Alexander for services rendered and costs incurred as the Levying Officer.

(5) The sum of $235.58, representing the balance of funds, payable to John S. Pangelinan.

Upon payment of the foregoing sums to Plaintiffs, an Acknowledgment of Full Satisfaction of Judgment shall be filed with the Court and served on the

---

[1] Although the Court awarded the total sum of $466.28, Plaintiffs' counsel has represented to the Court that enforcement and collection of the entire amount will not be pursued and Plaintiffs have agreed "to write it off."

- 2 -

1  Defendants.

2      IT IS SO ORDERED this _____ day of January 2007.

3

4

5
                                                                        _____

6                                                         HON. DAVID A. WISEMAN
                                                       Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28