**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | **CIVIL ACTION NO. 97-0073** |
| **Plaintiffs,** | |
| **vs.** | **NOTICE OF MOTION** |
| **JOHN S. PANGELINAN, et al.,** | **Date: January      , 2007** |
| | **Time:** |
| **Defendants.** | **Judge: Hon. David. A. Wiseman** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the  ____  **of January 2007 at** ____

Plaintiffs shall move ex parte this court to issue an order for disbursement of funds

that are under the custody of the Clerk of Court for the purchase of Lot No. E.A.

222.

//

1    Respectfully submitted this        day of January 2007.

2

3

4                                    _____
                                            /s/
5                                    LILLIAN ADA TENORIO
                                     Attorney for Plaintiffs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28