```
                                           F I L E D
                                              Clerk
                                          District Court

                                           JAN 2 4 2007

                                     For The Northern Mariana Islands
                                     By_____
                                             (Deputy Clerk)
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | ORDER DENYING MOTION TO EXPEDITE AND HOLDING IN ABEYANCE MOTION FOR DISBURSEMENT and ORDER FOR FINAL REPORT OF BALANCE OF DEFICIENCY JUDGMENT |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

**THE COURT**, having considered the written arguments of the moving plaintiffs, **DENIES** plaintiffs' Ex Parte Motion to Shorten Time to Hear Plaintiffs' Ex Parte Motion for Disbursement of Funds, No. 606 (Jan. 23, 2007).

**IT IS ORDERED** that plaintiffs' submit a final report of what they claim is the remainder of the deficiency judgment, including interest and sanctions by February 1, 2007, at 3:30 p.m. Defendants may respond to plaintiffs' final submission no later than February 15, 2007, at 3:30 p.m. A hearing, if deemed necessary by the court, will be scheduled at the court's discretion.

**IT IS FURTHER ORDERED** that plaintiffs' motion for disbursement shall be held in abeyance until a further order is issued by the court.

**IT IS SO ORDERED.**

DATED this ___24___ day of January, 2007.

_____
DAVID A. WISEMAN
Judge