1  **Lillian A. Tenorio**
2  **Attorney at Law**
   P.O. Box 501794
3  Saipan, MP 96950

4  Tel.: 234-7850
   Fax: 234-7855
5

6  Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada,
   Ronnie Palermino, and Tony Alovera
7

8

9
                    **IN THE UNITED STATES DISTRICT COURT**
10                                  **FOR THE**
                    **DISTRICT OF THE NORTHERN MARIANA ISLANDS**
11

12

13  **ANGELITO TRINIDAD, et al.,**                  **CIVIL ACTION NO. 97-0073**

14      **Plaintiffs,**                             **REPORT ON DEFICIENCY**
                                                    **JUDGMENT INCLUDING**
15                                                  **INTEREST, AND ATTORNEY'S**
        **vs.**                                     **FEES AND COSTS, AND**
16                                                  **SANCTIONS**

17  **JOHN S. PANGELINAN, et al.,**

18      **Defendants.**

19

20

21                              **REPORT**

22
        Pursuant to this Court's Order of January 24, 2007, the Plaintiffs through
23

24  counsel hereby submit their Report on the remaining deficiency judgment

25  including accrued interest, and attorney's fees and costs, and sanctions by setting

26  forth the following summary:

27

28

1  (A)    Merits Judgment Awarded (Mar. 20, 2000)                    $205,787.34[1]

2

3  (B)    Attorney's Fees Awarded (Mar. 20, 2000)                    $70,200.00[2]

4  (C)    Costs Awarded (Mar. 20, 2000)                              $3,375.20[3]

5  (D)    Accrued interest on Merits Judgment

6         (Mar. 20, 2000 to June 30, 2001)                           $16,537.24[4]

7  (E)    First Judicial Sale Proceeds (June 30, 2001)               $210,000.00[5]

8

9  (F)    Accrued interest on balance of Merits Judgment and
          accrued interest - July 1, 2001 to March 15, 2006         $4,040.17[6]

10

11 (G)    Sanctions against Defendants awarded:

12                (1) Attorney's fees and costs (Feb. 25, 1999)$300.00[7]

13                (2) Attorney's fees and costs (July 30, 2001)        $889.84[8]

14
                  (3) Attorney's fees and costs (Sep. 16, 2001)$4,848.85[9]
15

16

17

18        [1]  Judgment, No. 192 (Mar. 20, 2000)

19        [2]  *Id*. Order Granting Attorney's Fees and Costs.

20        [3]  *Id*.

21        [4]  *See id*. (6.197% interest from Mar. 20, 2000, pursuant to  28 U.S.C. 1961).

22        [5]  *See* Order Confirming Sale of Fee Simple Determinable Estates in Four Parcels of Real Property, No. 293
     (July 13, 2001).
23

24        [6]  *See* Judgment, No. 192 (6.197% interest from Mar. 20, 2000, pursuant to  28 U.S.C. 1961) and Demand
     Pursuant to 7 CMC § 4204(a); Notice of Levy on Lot No. E.A. 222 (May 15, 2006)..

25        [7]  *See* Notice of Order Granting Motion to Compel Discovery, Awarding Attorneys Fees, and Granting Ex Parte
     Motion to File Fourth Amended Complaint, No. 86 (Feb. 25, 1999).
26

27        [8]  *See* Order Awarding Attorneys Fees and Costs to Plaintiffs' Attorney, No. 310 (July 30, 2001).

          [9]  *See* Order Granting Attorneys Fees and Costs, No. 329 (Sep. 6, 2001).
28

1      (4) Attorney's fees and costs (Jan. 8, 2004)      $545.00[10]

2      (5) Attorney's fees and costs (April 1, 2004)      $214.00[11]

3

4      (6) Attorney's fees and costs (Nov. 30, 2006)      $466.28[12]

5      Based on the foregoing amounts, the total sum of the deficiency judgment,

6

7 including accrued interest, and attorney's fees and costs, and sanctions is

8 determined by adding up the following:

9      Balance on the Merits Judgment including accrued
      interest; (A) + (D) less (E)                          $12,324.58
10

11      Accrued interest July 1, 2001 to Mar. 15, 2006;
      (F)                                                   $4,040.17
12

13      Attorney's Fees and Costs (Mar. 30, 2000)
      (B) + (C)                                             $73,575.20
14

15      Sanctions Awarded; (G)(1) thru (6)                  $7,263.97

16
                                         TOTAL             $97,203.92
17

18      Accordingly, Plaintiffs are entitled to be paid from the proceeds of the

19 second judicial sale conducted on July 28, 2006, the total sum of $97,203.92,

20

21 constituting the deficiency judgment including accrued interest, and Plaintiffs'

22 attorney's fees and costs awarded by the court on March 20, 2000, and sanctions

23 against Defendants awarded from 1999-2006.

24

25 _____

26      [10] *See* Notice of Order Denying Defendant's Motion for an Accounting and Granting Plaintiff's Motion for Sanctions, No. 387 (Jan. 8, 2004).

27      [11] *See* Order Granting Motion to compel and Motion for Sanctions, No. 411 (April 1, 2004).

28      [12] *See* Order Approving Amount of Sanction (November 30, 2006).

1   Respectfully submitted on this 28th day of January 2007.

2

3

4                                                    _____/s/_____

5                                                    LILLIAN A. TENORIO
                                                     Attorney for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28