**Robert T. Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel.: 234-7859
Fax: 234-5749

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al, | CIVIL ACTION NO. 97-0073 |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| JOHN S. PANGELINAN, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN THAT ROBERT T. TORRES, ESQ.,** hereby enters his appearance on behalf of Plaintiffs Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera in substitution for counsel **LILLIAN A. TENORIO, ESQ.**

Please serve and deliver all notices, pleadings, and other documents concerning this matter directly to and on counsel at the following address:

> ROBERT T. TORRES
> Attorney at Law
> Plata Drive, Whispering Palms (Chalan Kiya)
> Saipan, MP 96950

Telephone no.: 670-234-7859; Fax no.: 670-234-5749

## WITHDRAWAL OF COUNSEL

**LILLIAN A. TENORIO, ESQ.**, hereby withdraws as counsel for Plaintiffs in this civil action and consents to this substitution by **ROBERT T. TORRES, ESQ.**, in her place and stead.

Dated this 6th day of February, 2006.

_____
Lillian A. Tenorio

## ACCEPTANCE OF REPRESENTATION

**ROBERT T. TORRES, ESQ.**, hereby consents to and accepts the representation of the Plaintiffs in this civil action.

_____
Robert T. Torres

-2-