**Lillian Tenorio**
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 501794
Saipan, MP 96950

Tel: (670) 234-7850
Fax. (670) 234-7855

Attorney for Plaintiff/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

## IN THE UNITED STATES DISTRICT COURT FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | **Case No. CV-97-0073** |
| **Plaintiff,** | |
| **vs.** | **DECLARATION OF SERVICE** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

I, the undersigned, under the penalty of perjury, hereby declare and certify that I am over the age of 18 and that I served a true and correct copy of the **REPORT ON DEFICIENCY JUDGEMENT INCLUDING INTEREST, AND ATTORNEY'S FEES AND COSTS, AND SANCTIONS** to defendant Merced B. Pangelinan by United States mail by enclosing the document in a sealed envelope with postage fully prepaid, depositing the envelope at the United States Post Office in Susupe, Saipan, CNMI on January 30, 2007, and addressed as follows:

Merced B. Pangelinan
P.O. Box 501721
Saipan, MP 96950

DATED this  9th  day of February ,  2007.


_____
/s/
Bernadita  M. Alepuyo