**Lillian Tenorio**
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 501794
Saipan, MP 96950

Tel: (670) 234-7850
Fax. (670) 234-7855

Attorney for Plaintiff/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada**,** Ronnie Palermino, and Tony Alovera

**IN THE UNITED STATES DISTRICT COURT FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **ANGELITO TRINIDAD, et al.,** | Case No. CV-97-**0073** |
| **Plaintiff,** | |
| vs. | **DECLARATION OF SERVICE** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

I, the undersigned, under the penalty of perjury, hereby declare and certify that I am over the age of 18 and that I personally served a true and correct copy of the **REPORT ON DEFICIENCY JUDGEMENT INCLUDING INTEREST, AND ATTORNEY'S FEES AND COSTS, AND SANCTIONS** to defendant John S. Panagelinan and Merced B. Pangelinan by United States mail by enclosing the document in a sealed enveloped with postage fully prepaid, depositing them at the United States Post Office in Susupe, Saipan, CNMI on January 30, 2007, and addressed as follows:

```
 1     John S. Pangelinan
       c/o Dept. of Correction
 2     HDF/GDF Facility
       P.O. Box 3236
 3     Hagatna, Guam  96932

 4

 5

 6

 7   DATED this  9th  day of February , 2007.

 8

 9                                              /s/
                                          Bernadita M. Alepuyo
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```