| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANGELITO TRINIDAD, ET AL. | 97-0073-cv |
| **DEFENDANT** | **TYPE OF PROCESS** |
| JOHN S. PANGELINAN, MERCED B. PANGELINAN, ET AL. | Writ of Execution Order Confirming Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LOT NO. EA 222 (see attached Writ and Order)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Saipan, MP 96950

FILED
Clerk
District Court
FEB 15 2007
For The Northern Mariana Islands
By _____
(Deputy Clerk)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lillian A. Tenorio, Esq.
Attorney at Law
Saipan, MP 96950

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

This property is owned by Rufo T. Mafnas pursuant to an auction as ordered by the Court in the above styled case. The Order Confirming the Sale instructs the U.S. Marshals, upon execution of the Quitclaim Deed to direct and supervise departure/removal of the defendants from the premises. Mr. Pangelinan is currently in custody; his wife Merced and several children live on the property.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 670-234-7850
DATE: 1/5/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 05 | District to Serve No. 05 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 05 | 05 | Ron D Hall | 01/08/09 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1/16/07
Time: 10:00 am
Signature of U.S. Marshal or Deputy: Ron D Hall, SDUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 424.60 | 10.68 | | 435.28 | 500.00 | $64.72 |

REMARKS:
Jan 9, 2007 — SDUSM Hall 2×45 = 90
DUSM Roman 4×45 = 180    12 miles × .445 = 5.34
Grd Rengull 2×16.15 = 32.30

Jan 16, 2007 — SDUSM Hall 2×45 = 90
Grd Rengull 2×16.15 = 32.30    12 miles × .445 = 5.34

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |