F I L E D
Clerk
District Court

FEB 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | **ORDER ON BALANCE OF DEFICIENCY JUDGMENT AND ORDER SETTING PLAINTIFFS' MOTION FOR DISBURSEMENT** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

**THIS MATTER** came before the court on February 15, 2007, upon the deadline for defendants to submit a response to plaintiffs' final submission of the balance of the deficiency judgment.

**THE COURT,** having considered the written arguments of the plaintiffs and having not received any opposition by defendants, has determined that the current deficiency balance is $97,203.92. Accordingly, plaintiffs' Ex Parte Motion For Disbursement of Funds, No. 607 (Jan. 23, 2007), is hereby reinstated. Defendants shall have until **March 1, 2007, at 3:30 p.m.,** to file an opposition, if any, to plaintiffs' motion. A hearing, if deemed necessary by the court, will be scheduled at the court's discretion.

**IT IS SO ORDERED.**

**DATED** this ___16___ day of February, 2007.

DAVID A. WISEMAN
Judge