F I L E D
Clerk
District Court

MAR 15 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, et al., | Case No. CV-97-0073 |
| Plaintiff, | **ORDER GRANTING PLAINTIFFS' MOTION FOR DISBURSEMENT** |
| vs. | |
| JOHN S. PANGELINAN, et al., | |
| Defendant. | |

**THIS MATTER** came before the court on March 1, 2007, upon the deadline for defendants to file an opposition to plaintiffs' Ex Parte Motion For Disbursement of Funds, No. 607 (Jan. 23, 2007).

**THE COURT**, having considered the written arguments of the plaintiffs and having not received any opposition by the defendants, hereby **GRANTS** plaintiffs' motion for disbursement of funds.

Due to the nature of plaintiffs' motion, the court will also consider their motion as a motion for costs associated with the judicial sale of Lot No. E.A. 222. For good cause shown, the court hereby grants plaintiffs motion for reimbursement of $435.28, the fees paid to the U.S. Marshals Service for services performed in connection with securing Lot No. E.A. 222 and turning over possession to the purchaser.

Accordingly, the Clerk of Court shall disburse and issue payments of the funds from the sale of Lot No. E.A. 222 held in its custody as follows:

(1) the sum of $97,639.20 to the plaintiffs, payable to Robert T. Torres, Attorney At Law Client Trust Account, for the balance of the deficiency judgment and reimbursement for the fees paid

1. to the U.S. Marshals Service;
2. (2) the sum of $1,930.50 to Roy Alexander for services rendered and costs incurred to conduct the judicially ordered sale; and
3. (3) the sum of $430.30 to John S. Pangelinan.

Upon the disbursal, an acknowledgment of full satisfaction of judgment shall be filed with the court and served on the defendants.

**IT IS SO ORDERED.**

DATED this ___7___ day of March, 2007.

DAVID A. WISEMAN
Judge