**Lillian A. Tenorio**
**Attorney at Law**
P.O. Box 501794 CK
Saipan, MP 96950

Tel.: 234-7850
Fax: 234-7855

Attorney for Plaintiffs/Judgment Creditors Angelito Trinidad, Esperanza David, Herman Tejada, Ronnie Palermino, and Tony Alovera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ANGELITO TRINIDAD, et al,** | **CIVIL ACTION NO. 97-0073** |
| **Plaintiffs,** | |
| **vs.** | **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** |
| **JOHN S. PANGELINAN, et al.,** | |
| **Defendants.** | |

## ACKNOWLEDGMENT

Plaintiffs through counsel Lillian A. Tenorio hereby notices the Court that satisfaction of the judgment in the above-styled case is acknowledged as judgment creditors have accepted payment in full satisfaction of the remaining balance on judgment, accrued interest, attorney's fees, costs, and sanctions, through the judicial sale of Defendants' property, namely, Lot No. E.A. 222.  The Court

ordered the disbursement of the purchase price to the plaintiffs and for costs incurred and sanction awarded during the course of executing on the property.

The full name and address of the judgment debtors being fully released are:

1. John S. Pangelinan
   PO Box 501721
   Saipan, MP 96950

2. Merced B. Pangelinan
   PO Box 501721
   Saipan, MP 96950

3. Papas Inc.
   PO Box 501721,
   Saipan, MP 96950

Judgment was entered on March 20, 2000.  A notice of judgment lien had been filed in the Commonwealth Recorder's Office as Document No. 00-1011.

**NOTICE TO JUDGMENT DEBTORS**: As this is an acknowledgment of full satisfaction of judgment, it will have to be recorded and filed in the Commonwealth Recorder's Office in order to release the judgment lien or terminate any judgment lien on personal property.

Date:   3/19/2007                                    /s/
                                                     LILLIAN A. TENORIO
                                                     Attorney for Plaintiffs/Judgment Creditors