**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Chalan Kiya
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELITO TRINIDAD, RONNIE PALERMO, HERMAN TEJADA, ESPERANZA DAVID, and ANTONIO ALOVERA,<br><br>**Plaintiffs,**<br><br>vs.<br><br>JOHN S. PANGELINAN and MERCED B. PANGELINAN, and PAPA'S LTD., INC.<br><br>**Defendants.** | CIVIL ACTION NO. **97-0073**<br><br>DECLARATION OF SERVICE |

I hereby declare, under penalty of perjury, that I am over the age of 18, I am not part of this civil action, and I am an employee of Plaintiff's counsel, Robert T. Torres, Esq. I further declare that on March 22, 2007, I

sent via Certified Mail with return receipt to the Defendant in this case, John S. Pangelinan, a copy of Plaintiffs' **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT**, e-filed with the U.S. District on March 19, 2007, to the following address (See attached Exhibit "A"):

> John S. Pangelinan
> c/o Dept. Of Correction
> HDF/GDF Facility
> P.O. Box 3236
> Hagatna, GUAM 96932

I, declare under penalty of perjury that the above is true and correct and execute this declaration on this 4th , day of APRIL, 2007.

>     /s/
> BERNADITA M. ALEPUYO

**Robert Tenorio Torres**
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859