**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. John S. Pangelinan
   C/o Dept. of Correction
   HDF/GDF Facility
   P.O. Box 3236
   Hagatna, Guam 96932

2. Article Number (Transfer from service label)

   7005 1820 0000 3040 6596

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Carrie C. Roberto
C. Date of Delivery:
D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.64 |

Postmark: SAIPAN MP 96950-9998, 2007, USPS

Sent To: John S. Pangelinan
Street, Apt No.; or PO Box No.: C/o Dept. of Corr., HDF/GDF Facility, P.O. Box 3236
City, State, ZIP+4: Hagatna, Guam 96932

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0000 3040 6596

**EXHIBIT "A"**