IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ANGELITO TRINIDAD, ET AL,                    :       CIVIL ACTION No. 97-0073
                Plaintiffs(s)                 :
            -v-                               :
JOHN S. PANGELINAN, ET AL.,                   :
                Defendant(s)                  :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __18th__ day of __APRIL__, __2007__ at __6:15 p.m.__, I personally served upon __MERCED B. PANGELINAN__, a true and correct copy of the:

[ ]  Summons and Complaint
[ ]  Order dated _____.
[x]  Other (specify) __ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT__
     _____ in the above-captioned matter.

Service was made as follows:
[x]  By delivering it to the aforesaid person.
[ ]  By delivering it at the aforesaid person's usual residence with _____
     who is over the age of 18 and who also resides there.
[ ]  By delivering it to _____, who is an officer or
     managing agent of the above-named individual or corporation.

The place where said service was made is: AT DEFENDANTS RESIDENCE IN CAPITOL HILL

The charge for service is: $ 25.00

Dated, this __18th__ day of __APRIL__, __2007__

                                                    _____
                                                         Rainaldo S. Agulto

Hearing date: _____